IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMGEN INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 16-853 (GMS) |
| AUROBINDO PHARMA LTD. and | ) | |
| AUROBINDO PHARMA USA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S ANSWER TO DEFENDANTS' AMENDED**
**ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**

Plaintiff/Counterclaim-Defendant Amgen Inc. ("Amgen") hereby responds to the numbered paragraphs of the December 23, 2016 Amended Counterclaims of Defendants/Counterclaim-Plaintiffs Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc. (collectively, "Aurobindo") as follows:

**GENERAL DENIAL**

Any allegation in Aurobindo's Amended Counterclaims not expressly admitted by Amgen is hereby denied. Having answered Aurobindo's Amended Counterclaims, Amgen denies that Aurobindo is entitled to the relief requested in Aurobindo's Prayer for Relief, or to any relief whatsoever.

**THE PARTIES**

1. Upon information and belief, Amgen admits the allegations in paragraph 1.

2. Upon information and belief, Amgen admits the allegations in paragraph 2.

3. Amgen admits the allegations in paragraph 3.

**THE PATENT-IN-SUIT**

4. Amgen admits that the patent-in-suit is United States Patent No. 9,375,405 ("the '405 patent"). Amgen admits that on August 8, 2016, Amgen received a letter dated August 5, 2016 from Aurobindo Pharma Ltd. notifying Amgen that Aurobindo Pharma Ltd. had filed ANDA No. 206125 with the FDA. Amgen admits that the stated purpose of Aurobindo Pharma Ltd.'s August 5, 2016 letter was to notify Amgen that ANDA No. 206125 included a certification under 21 U.S.C. §355(j)(2)(a)(vii)(IV) that the claims of the '405 patent are invalid or will not be infringed by the commercial manufacture, use, sale, offer for sale, and/or import of Aurobindo's ANDA products. Amgen denies all remaining allegations in paragraph 4.

**JURISDICTION AND VENUE**

5. Paragraph 5 contains legal conclusions and allegations to which no answer is required. To the extent that an answer is required, Amgen admits that this Court has subject matter jurisdiction with respect to this action. Amgen denies all remaining allegations in paragraph 5.

6. Amgen admits that on August 8, 2016, Amgen received a letter dated August 5, 2016 from Aurobindo Pharma Ltd. notifying Amgen that Aurobindo Pharma Ltd. had filed ANDA No. 206125 with the FDA. Amgen admits that the stated purpose of Aurobindo Pharma Ltd.'s August 5, 2016 letter was to notify Amgen that ANDA No. 206125 included a certification under 21 U.S.C. §355(j)(2)(a)(vii)(IV) that the claims of the '405 patent are invalid or will not be infringed by the commercial manufacture, use, sale, offer for sale, and/or import of Aurobindo's ANDA products. Amgen admits that the letter dated August 5, 2016 included an offer of confidential access to certain information in the ANDA. Amgen denies all remaining allegations in paragraph 6.

7. Amgen admits that it has filed a complaint against Aurobindo alleging that Aurobindo's submission of ANDA No. 206125 to obtain approval to engage in the commercial manufacture, use, sale, and/or importation of Aurobindo's ANDA products prior to the expiration of the '405 patent constituted an act of infringement under 35 U.S.C. § 271(e)(2)(A) and that the manufacture, use, sale, offer for sale, and importation of Aurobindo's ANDA products, once approved by the FDA, will infringe, either literally or under the doctrine of equivalents, induce and/or contribute to the infringement of at least claim 1 of the '405 patent under 35 U.S.C. § 271(a), (b) and/or (c). Amgen denies all remaining allegations in paragraph 7.

8. Amgen admits the allegations in paragraph 8.

9. Paragraph 9 contains legal conclusions to which no answer is required. To the extent that an answer is required, Amgen does not contest personal jurisdiction and venue for the limited purposes of this action only. Amgen denies all remaining allegations in paragraph 9.

10. Amgen admits that an actual controversy exists between Aurobindo and Amgen concerning the infringement and validity of the '405 patent, but denies that Aurobindo is entitled to any of the relief it seeks. Amgen denies all remaining allegations in paragraph 10.

## FIRST COUNTERCLAIM
**Declaratory Judgment Of Noninfringement Of The '405 Patent**

11. Upon information and belief, Amgen denies the allegations in paragraph 11.

12. Upon information and belief, Amgen denies the allegations in paragraph 12.

## SECOND COUNTERCLAIM
**Declaratory Judgment Of Invalidity Of The '405 Patent**

13. Amgen denies the allegations in paragraph 13.

14. Amgen admits the allegations in paragraph 14.

15. Amgen denies the allegations in paragraph 15.

16. Amgen admits the allegations in paragraph 16.

17. Amgen denies the allegations in paragraph 17.

18. Amgen denies the allegations in paragraph 18.

19. Amgen admits the allegations in paragraph 19.

20. Paragraph 20 contains legal conclusions to which no answer is required. To the extent that an answer is required, Amgen admits that claims 1, 20 and 21 are directed to a pharmaceutical composition. Amgen denies all remaining allegations in paragraph 20.

21. Amgen admits that claims 1 and 20 include the following claim element, "(c) from about 1% to about 5% by weight of at least one binder selected from the group consisting of povidone, hydroxypropyl methylcellulose, hydroxypropyl cellulose, sodium carboxymethylcellulose, and mixtures thereof." Amgen denies all remaining allegations in paragraph 21.

22. Paragraph 22 contains legal conclusions to which no answer is required. To the extent that an answer is required, Amgen admits the allegations in paragraph 22.

23. Amgen denies the allegations in paragraph 23.

24. Amgen denies the allegations in paragraph 24.

25. Amgen denies the allegations in paragraph 25.

26. Amgen denies the allegations in paragraph 26.

27. Amgen denies the allegations in paragraph 27.

28. Amgen denies the allegations in paragraph 28.

## PRAYER FOR RELIEF

The "WHEREFORE" paragraph following paragraph 28 of Aurobindo's Amended Counterclaims and the six letter paragraphs (a-f) that follow it state Aurobindo's Prayer for Relief, to which no response is required. To the extent that a response is required, Amgen denies that Aurobindo is entitled to any of the relief sought in paragraphs a-f of the Prayer for Relief in Aurobindo's Amended Counterclaims, or to any relief whatsoever.

WHEREFORE, Amgen respectfully requests the following relief:

A. An order dismissing Aurobindo's Amended Counterclaims with prejudice;

B. An order granting each and every Prayer for Relief sought by Amgen in the Complaint;

C. An award of costs and expenses of Amgen in defending these Amended Counterclaims; and

D. Such further and additional relief as this Court determines to be just and proper.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

\

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Amgen Inc.*

OF COUNSEL:

John D. Murnane
Joshua I. Rothman
Alicia A. Russo
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
(212) 218-2100

Wendy A. Whiteford
Lois M. Kwasigroch
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-1000

January 6, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 6, 2017, upon the following in the manner indicated:

Mary B. Matterer, Esquire *VIA ELECTRONIC MAIL*
Richard K. Herrmann, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
*Attorneys for Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc.*

Steven H. Sklar, Esquire *VIA ELECTRONIC MAIL*
Gregory C. Bays, Esquire
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 North Stetson Avenue, Suite 4900
Chicago, IL 60601
*Attorneys for Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc.*

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)