IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 16-853-GMS |
| | ) |
| AUROBINDO PHARMA LTD., et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington this 6th day of February, 2018,

ORDERED that the above-captioned case, and all consolidated cases[1], be reassigned to the Honorable Mitchell S. Goldberg, United States District Judge, United States District Court for the Eastern District of Pennsylvania.

LEONARD P. STARK, CHIEF JUDGE

---

[1] On February 23, 2017, the Court consolidated the cases listed below for all purposes, including trial. The following consolidated cases are also reassigned to the Honorable Mitchell S. Goldberg:
- 16cv855 Amgen v. Watson Laboratories, Inc., et al.;
- 16cv880 Amgen v. Cipla Limited, et al.;
- 16cv881 Amgen v. Strides Pharma Global PTE Limited, et al.;
- 16cv900 Amgen v. Dr. Reddys Laboratories, Ltd., et al.;
- 16cv925 Amgen v. Amneal Pharmaceuticals, LLC et al.;
- 17cv113 Amgen v. Mylan Pharmaceuticals, Inc., et al;
- 17cv183 Amgen v. Zydus Pharmaceuticals (USA), Inc., et al;
- 17cv713 Amgen v. Piramal Healthcare Limited, et al.