IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 16-853-GMS |
| ) | CONSOLIDATED |
| AUROBINDO PHARMA LTD., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

IT IS HEREBY ORDERED that:

1. The disputed claim terms in the case are construed as follows:

| Claim Term | Court's Construction |
|---|---|
| "at least one binder selected from the group consisting of povidone, hydroxypropyl methylcellulose, hydroxypropyl cellulose, sodium carboxymethylcellulose, and mixtures thereof" | "at least one binder selected from the Markush group and no unlisted binders" |
| "at least one disintegrant selected from the group consisting of crospovidine (sic), sodium starch glycolate, croscarmellose sodium, and mixtures thereof" | "at least one disintegrant selected from the Markush group and no unlisted disintegrants" |

2. Defendant Dr. Reddy's Laboratories shall either produce Movva Snehalatha for a deposition before trial or be prepared to argue at trial why the court should not exclude her as a witness.

/s/ Mitchell S. Goldberg

Dated: February 27, 2018

MITCHELL S. GOLDBERG, J.