IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 16-853 (MSG) |
| ) | CONSOLIDATED |
| MYLAN PHARMACEUTICALS INC. and ) | |
| MYLAN INC., ) | C.A. No. 17-113 (MSG) |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL**

The undersigned, for and on behalf of the above named Plaintiff Amgen Inc. and Defendants Mylan Pharmaceuticals Inc. and Mylan Inc., hereby stipulate and agree to the dismissal, without prejudice, of all remaining claims and counterclaims in this action with the parties to bear their own costs and attorney's fees.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | STAMOULIS & WEINBLATT LLC |
| /s/ Jack B. Blumenfeld | /s/ Stamatios Stamoulis |
| Jack B. Blumenfeld (#1014) | Stamatios Stamoulis (#4606) |
| Maryellen Noreika (#3208) | Richard C. Weinblatt (#5080) |
| 1201 North Market Street | Two Fox Point Centre |
| P.O. Box 1347 | 6 Denny Road, Suite 307 |
| Wilmington, DE 19899 | Wilmington, DE 19809 |
| (302) 658-9200 | (302) 999-1540 |
| jblumenfeld@mnat.com | stamoulis@swdelaw.com |
| mnoreika@mnat.com | weinblatt@swdelaw.com |
| *Attorneys for Amgen Inc.* | *Attorneys for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc.* |

February 28, 2018

3/5/2018

Mitchell S. Goldberg, J