IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS LLC, et al., <br><br> Defendants. | Civ. No. 16-853-MSG <br> CONSOLIDATED |

**JUDGMENT**

In this consolidated patent infringement action, plaintiff Amgen, Inc. ("Amgen") has asserted claims of infringement against Defendants Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals of New York LLC (collectively, "Amneal") (*see* C.A. No. 16-925), Piramal Healthcare UK Ltd. ("Piramal") (*see* C.A. No. 17-713), and Watson Laboratories, Inc., Actavis, Inc., and Actavis Pharma, Inc. (collectively, "Watson") (*see* C.A. No. 16-855). A four-day bench trial on infringement was held between March 5, 2018 and March 9, 2018. (D.I. 375 at 2). For the reasons set forth in the court's Opinion and Order dated July 27, 2018 (D.I. 375; D.I. 376) and subsequent Order dated August 24, 2018 (D.I. 384);

IT IS HEREBY ORDERED AND ADJUDGED that:

1. A judgment of NON-INFRINGEMENT of claims 1-4, 6, 8-12, and 14-18 of the '405 patent is hereby entered in favor of Amneal and against Amgen;

2. A judgment of NON-INFRINGEMENT of claims 1-6 and 8-20 of the '405 patent is hereby entered in favor of Piramal and against Amgen; and

3. A judgment of NON-INFRINGEMENT of claims 1-6 and 8-20 of the '405 patent is

hereby entered in favor of Watson and against Amgen.

Dated: August 24, 2018

_____
UNITED STATES DISTRICT JUDGE

2