IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS LLC, et al., <br><br> Defendants. | Civ. No. 16-853-MSG <br> CONSOLIDATED |

**ORDER**

WHEREAS, on March 21, 2019, defendant Sun Pharma Global FZE, Sun Pharmaceutical Industries Ltd., and Sun Pharmaceutical Industries, Inc. (collectively, "Sun") filed a motion to enforce its settlement agreement with plaintiff Amgen, Inc. ("Amgen") (D.I. 436);

WHEREAS, on April 18, 2019, Sun filed a request for oral argument on its Motion to Enforce the Settlement Agreement (D.I. 466);

WHEREAS, on April 29, 2019, Amgen filed an Unopposed Motion to File a Surreply Brief in Opposition to Sun's Motion to Enforce the Settlement Agreement (D.I. 470);

WHEREAS, on May 6, 2019, the parties notified the Court via letters of a potential discovery dispute regarding the Motion to Enforce the Settlement Agreement (D.I. 472, D.I. 474); and

WHEREAS, on May 7, 2019, the Court granted the Unopposed Motion to File a Surreply Brief (D.I. 475) which has not yet been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Amgen shall file the Surreply Brief on or before June 5, 2019;

2. Sun's request for oral argument is GRANTED;

1

3. Oral argument on the Motion to Enforce the Settlement Agreement (D.I. 436) will be held on **Thursday, June 13, 2019 at 2:00 p.m. in Courtroom 4-B** at the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania; and

4. The parties shall be prepared to address their discovery dispute (D.I. 472, D.I. 474) at oral argument on the Motion to Enforce the Settlement Agreement.

IT IS SO ORDERED this 29th day of May, 2019.

BY THE COURT:



_____
MITCHELL S. GOLDBERG, J.