## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AMGEN INC.,** | : |
| **Plaintiff,** | : |
| **v.** | :   **Civ. No. 16-853-MSG** |
| | :   **CONSOLIDATED** |
| **AMNEAL PHARMACEUTICALS LLC, et al.,** | : |
| **Defendants.** | : |

## ORDER

**AND NOW,** this 25th day of June, 2019, it is hereby **ORDERED** that a follow up telephone conference to the hearing on the Motion to Enforce the Litigation Settlement is scheduled for **Thursday, June 27, 2019 at 10:00 a.m.** Counsel should be prepared to discuss the process by which extrinsic evidence would be entered into the record and considered by the court **IF** the court were to find the Litigation Settlement Agreement ambiguous.

Counsel are to phone in at (877) 336-1828; access code 4305075.

**BY THE COURT:**

_____
**MITCHELL S. GOLDBERG, J.**

1