IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

- - -

AMGEN, INC.,              : CIVIL NO. 16-853
et al.,                   :
              Plaintiff   :
                          :
                          :
                          :
                          :
                          :
      v.                  : UNDER SEAL
                          :
                          :
                          :
                          :
                          :
                          :
AMNEAL PHARMACEUTICALS,   : Philadelphia, Pennsylvania
et al.,                   : June 13, 2019
              Defendant   : 2:06 p.m.

- - -

TRANSCRIPT OF ORAL ARGUMENT
BEFORE THE HONORABLE MITCHELL S. GOLDBERG
UNITED STATES DISTRICT JUDGE

- - -

APPEARANCES:

For the Plaintiff:    JOHN MURNANE, ESQUIRE
                      Venable LLP
                      1201 N Market Street
                      Unit 1400
                      Wilmington, DE 19801


For the Defendant:    D. CLAY HOLLOWAY, ESQUIRE
                      Kilpatrick Townsend
                      1100 Peachtree Street NE
                      Suite 2800
                      Atlanta, GA 30309


TK Transcribers
9 Dogwood Avenue
Glassboro, NJ 08028
609 440 2177

2

1    Audio Operator:         Stephen Sonnie

2    Transcribed By:         Michael T. Keating

3                                - - -

4            Proceedings recorded by electronic sound
     recording; transcript produced by computer-aided
5    transcription service.

6                                - - -

1          (The following was heard in open court at

2   2:06 p.m.)

3               THE COURT:  Hello.

4               ALL:  Good afternoon, Your Honor.

5               THE COURT:  Tentative response.

6               ALL:  Good afternoon, Your Honor.

7               THE COURT:  Have a seat.  I have a lot of

8   papers I need to organize, so just bear with me for a

9   second.

10              (Pause in proceedings.)

11              THE COURT:  Okay.  This case, the

12  controversy here involves two parties in a larger

13  case, Amgen versus Amneal, but the parties here are

14  Plaintiff Amgen and Sun.  Who is here on behalf of

15  Amgen?

16              MR. BLUMENFELD:  Good afternoon, Your

17  Honor.  Jack Blumenfeld from Morris Nichols, John

18  Murnane from the Venable Firm --

19              MR. MURNANE:  Good afternoon, Your Honor.

20              MR. BLUMENFELD:  -- Josh Rothman from the

21  Venable Firm.

22              MR. ROTHMAN:  Good afternoon.

23              THE COURT:  Nice to see you again.  And

24  just because I'm so bad on names, the two of you are

25  going to argue, right?  So spell your last names

4

1  again, please.

2         MR. MURNANE:  Murnane, —U-R-N-A-N-E.

3         THE COURT:  Great.

4         MR. ROTHMAN:  Rothman, R-O-T-H-M-A-N.

5         THE COURT:  Okay.  Go ahead.

6         MR. BLUMENFELD:  Behind me, Eric Agovino

7  from Amgen, A-G-O-V-I-N-O, James Tyminski from

8  Venable, T-Y-M-I-N-S-K-I.

9         THE COURT:  Nice to see you.

10         MR. BLUMENFELD:  I'm glad I can do that.

11         THE COURT:  Yes.

12         MR. BLUMENFELD:  And behind them, Lisa

13  Russo, who is from Venable and Lois Kwasigroch from

14  Amgen.

15         MS. KWASIGROCH:  Good afternoon.

16         THE COURT:  I remember you.  How are you?

17         MR. BLUMENFELD:  Thank you, Your Honor.

18         THE COURT:  All right, thank you.  And who

19  is here for Sun?

20         MR. GATTUSO:  Good afternoon, Your Honor.

21  Dominic Gattuso from Heyman Enerio Gattuso --

22         THE COURT:  Spell it.

23         MR. GATTUSO:  I'm sorry, G-A-T-T-U-S-O.

24         THE COURT:  -- S-O.  Go ahead.

25         MR. GATTUSO:  And I have with me Clay

1    Holloway --

2            THE COURT:  Mr. Holloway.

3            MR. GATTUSO:  -- from Kilpatrick Townsend.

4            THE COURT:  Okay.

5            MR. GATTUSO:  Thank you.

6            THE COURT:  Okay.  So first thing before I

7    forget is someone, I think you folks, want me to seal

8    the courtroom I think.  I don't -- I know some of the

9    folks here.  I don't know who those two people are,

10   and this is just a summer clerk and --

11           MR. HOLLOWAY:  They're with Sun, Your

12   Honor.

13           THE COURT:  -- this is the assigned law

14   clerk.  So there's -- I don't think there's anyone in

15   the courtroom -- who are you, sir?

16           MR. AUTEN:  Your Honor, my name is Steve

17   Auten.

18           THE COURT:  And you're with?

19           MR. AUTEN:  I'm not counsel for either Sun

20   or Amgen.

21           THE COURT:  Okay.  Sounds like you want to

22   be cryptic on who you're with or --

23           MR. AUTEN:  Well, I don't represent nobody

24   active in the case, but I do represent Alkem

25   Laboratories in the settle -- with respect to the

6

1    settlement on the same product.

2           THE COURT:  Settlement on the same product.

3    But you're not -- you're not with a party in the

4    case, you're just --

5           MR. AUTEN:  That's correct, Your Honor.

6           THE COURT:  All right.  So we should

7    discuss -- I don't know how we do it with him in the

8    courtroom, but we should --

9           MR. HOLLOWAY:  Well --

10          THE COURT:  -- discuss whether we have to

11   seal the courtroom, right?

12          MR. HOLLOWAY:  This is --

13          THE COURT:  Do you want to press that

14   point?

15          MR. HOLLOWAY:  I mean I -- my only -- my

16   only statement, Your Honor, is the parties entered

17   into a confidential settlement agreement.  You can

18   tell from what we agreed to and redacted --

19          THE COURT:  I just want to know do you want

20   to press the point?  Do you want the courtroom

21   sealed?

22          MR. HOLLOWAY:  That would be our request,

23   Your Honor, yes.

24          THE COURT:  Okay.  So I'm sure everyone

25   just read -- and I think it's Third Circuit case law

7

1  would apply on sealing issues in a patent case, but

2  maybe the Federal Circuit case law applies if someone

3  has a different view.  But if it's Third Circuit,

4  there's a very recent Third Circuit case that just

5  came out that really spells out clearly

6  confidentiality and sealing.  So to the extent that

7  you agree Third Circuit case law applies to the

8  sealing issue, do you?

9          MR. HOLLOWAY:  We do, Your Honor.

10          THE COURT:  Okay.  So that's the <u>Avandia</u>

11  case and it's a very clear pronouncement, I think a

12  continuation of what <u>Panzy</u> (ph) said, which is the

13  presumption is public access, very strong

14  presumption, and statements like -- and I'm going to

15  give you a chance to expand, but statements like,

16  "Well, the parties entered into a confidentiality

17  agreement," are not sufficient.  I mean you're -- if

18  you're moving, you're going to have to -- it's your

19  burden to prove harm if we keep the courtroom open.

20  So saying we entered into a confidentiality agreement

21  is not even close, in my judgment, to meeting that

22  burden.  So I mean sort of -- it's going to be

23  difficult to discuss it while the public is still in

24  the room.  Can you articulate the harm without

25  causing the harm?

8

1        MR. HOLLOWAY:  Your Honor, we're actually

2   find just going forward.

3        THE COURT:  Okay.

4        MR. HOLLOWAY:  We can withdraw -- we can

5   withdraw the request or you can just rule against it

6   so we don't --

7        THE COURT:  Well, I mean it's not an

8   either/or.  I'm happy -- I'm happy to -- I'm not

9   broadcasting to you that I disagree with you.  I'm

10  just saying we have a Third Circuit standard that I'm

11  going to have to comply with.  I'm happy to talk it

12  through, figure out a way to talk it through, if you

13  want the courtroom sealed.  So it's your decision.

14  What do you want to do?

15       MR. HOLLOWAY:  The --

16       THE COURT:  Do you want to press that point

17  or not?

18       MR. HOLLOWAY:  The harm to us, Your Honor,

19  to Sun --

20       THE COURT:  Do you want to press that point

21  or not?

22       MR. HOLLOWAY:  I would just -- yes, I'm

23  going to make one position on this.

24       THE COURT:  Okay.

25       MR. HOLLOWAY:  We are competitors with the

9

1  gentleman who is here.

2           THE COURT:  (Indiscernible).

3           MR. HOLLOWAY:  And we don't know what their

4  settlement agreement looks like.

5           THE COURT:  Okay.

6           MR. HOLLOWAY:  We know what our settlement

7  agreement looks like and we know the implications to

8  Sun depending on how Your Honor rules on our motion

9  and the case that we've brought.

10          THE COURT:  Yes.

11          MR. HOLLOWAY:  There is a competitive

12  disadvantage to Sun in terms of us going to market

13  and what we want out of our motion to the extent that

14  others would try to read into what we're doing and

15  follow in similar suit.  So --

16          THE COURT:  And that's the harm that

17  you're -- you think meets your burden under the

18  Avandia case, is that correct?

19          MR. HOLLOWAY:  That would be our only

20  argument other than the parties entered into a

21  confidentiality agreement, Your Honor.

22          THE COURT:  Well, it's an argument with I

23  think the needed substance.  So you've made that

24  argument, so yes, you're pressing your request to

25  seal the courtroom or not?

1    MR. HOLLOWAY:  Yes, Your Honor.

2    THE COURT:  Yes.  Okay.  Does anyone else

3    want to be heard, including -- I'll hear what you

4    have to say.

5    MR. AUTEN:  Yes, Your Honor, Mr. Auten, A-

6    U-T-E-N.  I don't think there's any confidentiality

7    concerns here whatsoever because of the agreements in

8    this case, of which my client has its own.  All the

9    terms are substantially similar, so to the extent

10   that --

11   THE COURT:  Well, how do you know?  Do you

12   have the agreement in this case?

13   MR. AUTEN:  No, I've been involved in these

14   cases long enough that the brand controls the

15   drafting of the settlement agreement, and most of the

16   agreements, they file that template and they're all

17   going to contain substantially the same language.

18   THE COURT:  Well, you don't know what this

19   says.

20   MR. AUTEN:  I --

21   THE COURT:  You don't know what the --

22   we're here to discuss --

23   MR. AUTEN:  I obviously do not know --

24   THE COURT:  -- a settlement agreement, and

25   you don't know what the settlement agreement says.

1    MR. AUTEN:  No, of course I don't know

2  that.

3    THE COURT:  Yes.  Okay.

4    MR. AUTEN:  I have not seen the agreement

5  per se.

6    THE COURT:  Okay.

7    MR. AUTEN:  The best I -- the best I know

8  it -- I can offer is that the brand offers the

9  template up in negotiations and carries it through

10  (indiscernible) with each defendant.  And we've also

11  seen from the Teva case that's been published mostly

12  in the record already with the dispute involving

13  Teva.

14    THE COURT:  Okay.  Okay.  I'm inclined to

15  seal the courtroom because I think that under

16  Avandia, Sun makes out their burden to establish harm

17  in that they've articulated that the outcome of my

18  ruling here could allow competitors to know when they

19  may launch, and that could cause them harm, which I

20  believe is enough under the Avandia case.  But if

21  you -- if you disagree -- I mean if you disagree and

22  you want to press the point, then we got to talk

23  about well, you know, maybe we have to litigate the

24  sealing, you know, because there's a -- there's a

25  party of interest from the public who wants to stay

12

1  in the courtroom.  And I'm reticent to kick anyone

2  out of a public courtroom.

3          MR. AUTEN:  Your Honor, I do want to press

4  the point.  We already have notice that they have an

5  intent to launch the product.  They just have an

6  agreement -- they have a disagreement with Amgen in

7  terms of the meaning of that agreement on whether

8  they can do that.  It's very clear in their papers

9  that Sun believes it has a right to launch this

10 product.  And, in fact, under the terms of their

11 agreement, we were provided notice that Sun gave to

12 Amgen of its intent to launch the product.  So --

13         THE COURT:  Yes, so -- but you're not a

14 party in this case?

15         MR. AUTEN:  We were at one point.  My

16 client has settled -- has the same -- has the

17 settlement agreement --

18         THE COURT:  Were you --

19         MR. AUTEN:  -- with Amgen.

20         THE COURT:  Who is your client again?

21         MR. AUTEN:  Alkem, A-L-K-E-M, Alkem

22 Laboratories.

23         THE COURT:  And Alkem was -- remembering

24 this was Judge Sleet's case originally, so my memory

25 is not so great as to who originally came into this

1   case.  I walked into it in the middle of a trial or

2   right before a trial.  So Alkem was an original

3   defendant when the case was filed, is that right?  Is

4   that right?

5          MR. MURNANE:  Yes, Your Honor.

6          THE COURT:  You're the plaintiff.  They

7   were?

8          MR. MURNANE:  Yes.

9          THE COURT:  Okay.  Okay.  So would it --

10   and what's your last name again, sir?

11          MR. AUTEN:  It's A-U-T-E-N.

12          THE COURT:  A-U-T --

13          MR. AUTEN:  Echo, November.

14          THE COURT:  A-U-T --

15          MR. AUTEN:  E-N.

16          THE COURT:  E-M, as in Mitch?

17          MR. AUTEN:  No, Echo and November.

18          THE COURT:  Echo, November.  Okay.  Do you

19   think your rights to access would be preserved if I

20   were to say I do think they've made out their burden

21   under Avandia, but I'll provisionally seal the

22   transcript here and, of course, entertain your motion

23   to have me unseal it so you would have access?  Would

24   that be satisfactory to you?

25          MR. AUTEN:  Well, I'd certainly would like

14

1   to attend today's hearing.  That's my objective

2   today.

3           THE COURT:  Attend what?

4           MR. AUTEN:  The hearing today.  I'd like --

5           THE COURT:  Yes.

6           MR. AUTEN:  In person.

7           THE COURT:  Okay.

8           MR. AUTEN:  I don't -- I took by your

9   statement that you were going to seal the courtroom

10  and then provisionally allow me access to the

11  transcript.

12          THE COURT:  Yes, but I would add -- yes,

13  provisionally allow you access if you could convince

14  me that my ruling was in error and I provide you with

15  an opportunity to do that.  So seal the courtroom,

16  transcript is under seal, you can file a motion with

17  me, tell me that I'm wrong and it shouldn't have been

18  sealed, and if I agree with you -- this way you get

19  your due process -- and if I agree with you, I'll

20  unseal and I'll hear from Sun in a more detailed

21  fashion.  I'm just trying to be practical because

22  everyone is here and I want to go forward with the

23  hearing, and --

24          MR. AUTEN:  Right.

25          THE COURT:  -- I think -- I think that that

1   preserves -- I'm asking you do you believe that that

2   preserves your client's rights to seek access to

3   what's going to go on here?

4           MR. AUTEN:  Yes.

5           THE COURT:  You're good with that?  Okay.

6   Then the courtroom is sealed.  I'm going to

7   respectfully ask you to leave.  And why don't -- you

8   know, file whenever -- I'm going to file the

9   transcript under seal, and file whatever motion you

10  want to file.  Whenever you file it, we'll get their

11  response, and if you're right and my initial ruling

12  is wrong, then you'll get access to the transcript,

13  okay?

14          MR. AUTEN:  Thank you, Your Honor.

15          THE COURT:  All right, thank you.

16          (Pause in proceedings.)

17          THE COURT:  Mr. Sonnie asked if I wanted

18  him to lock the courtroom.  Chain it, padlock it.

19  Thank you.  Okay, I think we're good.  All right, so

20  that takes care of that issue.

21          I think there are two issues here, but I

22  want to -- and they both come under the provisions of

23  the settlement agreement.  But I have some

24  preliminary questions I want to get answered.  Very

25  preliminary, and I couldn't find it -- I probably

1   missed it three times -- when does the 504 patent

2   expire?  I'm sorry, 405.  It's 405, right?

3          (Pause in proceedings.)

4          THE COURT:  See, now I don't feel so bad.

5   Everyone is scrambling to find the answer.

6          MR. MURNANE:  It's the fall of 2026, Your

7   Honor.

8          THE COURT:  Fall of 2026, okay.  All right.

9   Well, this is Sun's motion, right?

10         MR. HOLLOWAY:  Yes, Your Honor.

11         THE COURT:  So I have a bunch of questions.

12   Why don't you just step to the podium and make your

13   argument?  And counsel who have appeared before me

14   before know I'll most likely interrupt you when

15   questions pop into my head, and apologies in advance

16   for those interruptions.

17         MR. HOLLOWAY:  And, Your Honor, I have just

18   paper copies that are excerpts to various provisions.

19         THE COURT:  Yes.

20         MR. HOLLOWAY:  It might be easier than

21   flipping constantly.

22         THE COURT:  Yes, thank you.

23         (Pause in proceedings.)

24         MR. HOLLOWAY:  So I'm going to just start

25   on what is slide 2 of the second page.  So there are



1

2 ████████████████████. The agreement at issue

3 has ██████████████████. When

4 Sun and Amgen reached an agreement ████████

5 ████████████, ███████████████████

6 ████████████████████████████

7 ████████ There was also a provision ██████

8 █████████████████████████

9 █████████████████t.

10 So the three scenarios here ██████████

11 █████████████████████

12 ██████████████████████████

13 ████████████ ██████████████

14 ██████████████████████████

15 █████████████ ████████████

16 █████████████████████████

17 ██████████

18 THE COURT: The agreement what?

19 MR. HOLLOWAY: The agreement ██████████

20 ████████████████████

21 THE COURT: But the ████ --

22 MR. HOLLOWAY: ██████████████

23 THE COURT: ██████████████████████

24 ████████████████████

25 MR. HOLLOWAY: ████████████████

1    ████████████████████████████████████ that

2    is correct.

3             THE COURT:  Okay.  ████████████

4    ████████████████████████████

5             MR. HOLLOWAY:  They're --

6             THE COURT:  The product is out there.

7             MR. HOLLOWAY:  ██████████████████

8    ████████████████████████████

9    ████████████████████████████████████

10   ████████████  ██████████████████████

11   ██████████

12            THE COURT:  Right.

13            MR. HOLLOWAY:  Amgen and Piramal agreed ██

14   ████████████████████████████  ██

15   ██████████████████████████

16   ████████████████████████████████████

17   ██████████████████████████████

18   ██████████  Yet at the same time, Amgen says Teva --

19   or says Sun ████████████████████████

20   ██████████  ██████████████████████

21   ██████████████████████████████

22   ████████████

23            The third scenario is ████████████████

24   ████████████████████████████████

25   ████████████████████████████, and

1    that's one of the major bases for the discovery we

2    asked for, which is an ancillary part of today's

3    hearing.

4            So going to the next slide --

5            THE COURT:  Wouldn't it -- wouldn't it --

6    in your view, wouldn't it make more sense if I do

7    decide to interpret the contract -- and I understand

8    there's a case or controversy issue out there.  But

9    if I do decide to interpret the contract, why

10   wouldn't it make more sense to do that and then

11   decide whether to allow discovery, as opposed to

12   simultaneous?

13           MR. HOLLOWAY:  So if I understand Your

14   Honor's question, would it -- would it make more

15   sense to decide whether Sun's theory has merit before

16   we get to discovery?

17           THE COURT:  Yes.

18           MR. HOLLOWAY:  Okay.  That's my

19   understanding of what we're doing today at the

20   hearing.

21           THE COURT:  Okay.

22           MR. HOLLOWAY:  So if you decide there's no

23   merit, then that conversation might be shorter.  If

24   you decide there is merit, the conversation might be

25   even shorter.

1     THE COURT:  Okay.

2          MR. HOLLOWAY:  So turning to the next

3  slide, this is -- you mentioned the case or

4  controversy issue, Your Honor.  This is where we know

5  there is one.  Amgen and Teva agreed that Teva

6  wouldn't sell the product anymore.  They also entered

7  into an agreement with Teva ████████████

8  ████████████  ████████████████████████

9  ████████████████████████████  ███████

10 ████████████████████████████████████████

11 ██████████████████████████████████

12 ████████████████████████████████████████

13 ██████████████████  ██████████████████████████

14 ██████████████████████.

15          We confirmed this when we called them

16 shortly before filing the instant motion and said ████

17 ████████████████████████████████████████

18 There is plenty of federal circuit law out there that

19 says that ██████████████████████████████████

20 ████████████████████████████████████.

21          THE COURT:  What's your best case for that

22 proposition?

23          MR. HOLLOWAY:  That would be the <u>Sandis</u>

24 case, Your Honor.  We cite it in our briefs at 480

25 F.3d 1372.  And so -- and the fact that this Court

1  has jurisdiction is undisputed.  Its order in this

2  case specifically gave this Court retention and

3  jurisdiction over the enforcement of the agreement.

4  Amgen cites a case in its brief called the <u>Henderson</u>

5  case.

6          THE COURT:  Well, let me -- before we get

7  to that --

8          MR. HOLLOWAY:  Uh-huh.

9          THE COURT:  -- what am I enforcing?  The

10  terms of the order that I guess Judge Sleet -- yes,

11  Judge Sleet signed says, "The Court retains

12  jurisdiction over plaintiffs and defendants for

13  purposes of enforcing the terms."  So tell me

14  precisely what I would be enforcing if I agree with

15  your position.

16          MR. HOLLOWAY:  ███████████████████████

17  ███████████████████  ████████████████████████

18  █████████████████  ███████████████████████████

19  ████████████████████████  That's what

20  we're enforcing.

21          THE COURT:  And why is it -- so I'm

22  ██████████████████████████████

23          MR. HOLLOWAY:  Absolutely.  You're

24  ███████████████████████.  And --

25          THE COURT:  And why would -- why would --

1   just to sort of understand your thinking, why

2   wouldn't a more proper way for me to do this would

3   be -- █████████████████████████████████████

4   ████████████   █████████████████████████

5   █████████████████████   ███████████████

6   ██████████████████████████████████

7   ████████████████████████████████████████████

8   ███████████████████████████████████████

9   ██████████████████████

10        MR. HOLLOWAY:  So that's a rightness

11   question as opposed to a jurisdictional question.

12   The justiciability doctrine of rightness is a

13   balancing test.  And as we cited in our brief, the

14   Energy Partners case, when the interest in postponing

15   review, which is what Amgen would suggest until the

16   question arises in a more concrete fashion in final

17   form, is outweighed by the immediate and practical

18   impact on the party seeking relief.  ████████████

19   █████████████████████████████████████

20   ████████████████████████████████████

21   ███████████████████████████████████████████

22   █████████████████████████████████████

23   ██████████████████████████████   It's the same

24   dispute.  Your Honor is going to have to deal with

25   the same issue.  This is the more judicially

1  economical way to handle it.  Let's do it now and

2  that way we don't have to -- ██████████████████

3  ████████████████████████████████████

4  █████████████████████████████████████████

5  ██████████

6          THE COURT:  And it's -- any time you say

7  judicial economy, a judge always, you know, listens,

8  but I could -- I could argue back with you and say

9  well, people come to -- people have problems that

10 aren't in a courtroom all the time.  Judges can't

11 just, you know, step in and resolve them --

12         MR. HOLLOWAY:  So that's why --

13         THE COURT:  ███████████████████████

14 ██████████  right?

15         MR. HOLLOWAY:  Well, fair enough, but

16 that's why there's a difference between the idea that

17 this Court and Your Honor has jurisdiction to deal

18 with the issue --

19         THE COURT:  Yes, you've already -- you're

20 already in a lawsuit.  You just settled it.

21         MR. HOLLOWAY:  And then the question is

22 whether or not the issue is currently ripe.  And I

23 would suggest that the conversation Your Honor and I

24 are having is a ripeness question.

25         THE COURT:  Yes.

1          MR. HOLLOWAY:  And that is squarely within

2    your discretion.  Do I feel like I can better handle

3    the dispute now or ███████████████████████

4    ████████████████  And I would proffer that we can

5    better handle it now █████████████████████

6    ███████.

7          THE COURT:  Would you mind arguing from

8    counsel table because I think I want to go back and

9    forth and ask --

10          MR. HOLLOWAY:  Yeah, that's fine, Your

11    Honor.

12          THE COURT:  -- Mr. Murnane a question, and

13    I'll come back to you.  But they've already -- I mean

14    we're in a lawsuit.  You settled with them.  And you

15    asked Judge Sleet to sign, and he did sign, a

16    provision that says, "The Court retains jurisdiction

17    for purposes of enforcing the terms of the settlement

18    agreement." ████████████████████████

19    █████████████████████████████████

20    ████████  ███████████████████████

21    █████████████████████████████████

22          MR. MURNANE:  The Court does retain

23    jurisdiction, Your Honor, for a case or controversy,

24    and he --

25          THE COURT:  Well, it doesn't say that.

1          MR. MURNANE:  Well, I'm --

2          THE COURT:  It says "for purposes of

3   enforcing the terms of the settlement agreement."

4          MR. MURNANE:  Yeah, and if we were truly

5   enforcing the terms of the settlement, there would be

6   a case or controversy, but we're not.  That's our

7   position, Your Honor.

8          THE COURT:  Why not?

9          MR. MURNANE:  Because, if I may, Judge

10  Stark has already ruled on some of these issues in

11  the Sipla (ph) case and --

12         THE COURT:  Is that the antitrust case?

13         MR. MURNANE:  Well, that and -- it's

14  antitrust and it's also the agreement, the Sipla

15  agreement, between Amgen and Sipla, okay?

16         THE COURT:  Do I need the -- I saw that

17  opinion and I read some of it.  And do I need to

18  understand that opinion --

19         MR. MURNANE:  No, no, I'm --

20         THE COURT:  -- to rule in this case?

21         MR. MURNANE:  No, Your Honor, we'll talk

22  about that.

23         THE COURT:  Okay.

24         MR. MURNANE:  But we -- I mention it

25  because counsel told us two days ago that they intend

1    to bring aspects of that case before Your Honor, so

2    I'm bringing it up.  But as he noted there on page 8

3    of his May 2nd opinion there, for -- if this is a

4    breach of contract, if they're saying it is a breach

5    of contract here, the law he cites, the VLIW Tech

6    case here for Delaware law, so you have an existence

7    of a contract, number one.  We have that.  Then for

8    two, the breach of an obligation imposed by the

9    contract.  We haven't breached any obligation imposed

10   by the contract.  And three, resulting damage to the

11   plaintiff.

12          So there are three elements, and the second

13   one, there is no obligation that we breached.  The

14   contract terms are clear.  We didn't breach any

15   obligation, Your Honor.

16          THE COURT:  ███████████████████████

17   ████████████████████████████████    ████████████

18   ███████████

19          ████████████████████   ███████████████████████████

20          THE COURT:  Right?

21          MR. HOLLOWAY:  --  █████████████████████████

22   ██████████████████

23          THE COURT:  You're threatening him with a

24   breach.

25          MR. MURNANE:  Your Honor, they haven't said

 1    to us -- although we heard what Mr. Auten said, █

 2    ████████████████████████████████████████████████

 3    ████████████████████████████████████████████████

 4    █████████████████      We have not heard that.  We have

 5    not heard ████████████████    ██████████████████

 6    ████████████████    ██████████████████

 7             THE COURT:  Why -- pronounce your last name

 8    for me.

 9             MR. HOLLOWAY:  Holloway.

10             THE COURT:  Why then did Mr. Holloway

11    ███████████████████████████████████████████

12             MR. MURNANE:  He --

13             THE COURT:  --  █████████████████████

14    ██████████████████

15             MR. MURNANE:  He articulated and noted █

16    ████████████████████████████████████████████

17    ████████████████████████████  ██████████████████

18    ████████████████████████████████████████████

19    ████████████████████████████████████████████████

20    ███████████

21             THE COURT:  Yes.

22             MR. MURNANE:  ██████████████████████████

23    ██████████████████████  ████████████████████████████

24    ████████████████████████████████████

25    ███████████████

1        THE COURT:  Understood.  Are you ready to

2   launch?

3        MR. HOLLOWAY:  ████████████████████████

4   ███████████████████████████, Your Honor.

5        THE COURT:  ██████████████████████████

6   ██████  ████████████████████████

7        MR. HOLLOWAY:  One second, Your Honor.

8        THE COURT:  Sure, yes.

9        (Pause in proceedings.)

10       MR. HOLLOWAY:  ██████████████████████

11  ████████████████████████  ██████████████████████

12  █████████████████████████████

13  ████████████████  ████████████████████████████

14  ████████████████

15       MR. HOLLOWAY:  ██████████████████████████

16  ████████████████████████████████████

17       THE COURT:  ████████  ████████████████████████

18  ██████████████████

19       MR. HOLLOWAY:  ██████████████████████

20       THE COURT:  I think someone behind you

21  wants to talk to you.

22       (Pause in proceedings.)

23       MR. HOLLOWAY:  Okay.  ██████████████████████

24  ██████████████████████████████████

25  ██████████████████████████

1        THE COURT:  This is so entertaining.  I

2  keep saying -- I keep saying ███████████████

3  and you keep coming back with a different way to say

4  it.

5        MR. HOLLOWAY:  Yeah, I would say -- the way

6  I would put it, Your Honor, ██████████████

7  ████  ████████████████████ --

8        THE COURT:  ████████████, right?

9        MR. HOLLOWAY:  ██████████.

10        THE COURT:  Okay.  I guess I'm missing why

11  we're -- why you're dancing around the question a

12  little bit.

13        MR. HOLLOWAY:  Well, the fact of the matter

14  is ████████████████████████████

15  ████████.

16        THE COURT:  Right.

17        MR. HOLLOWAY:  ████████████████

18  █████████████.

19        THE COURT:  Of course.

20        MR. HOLLOWAY:  ██████████████

21        THE COURT:  Of course.  Of course.  Okay.

22  Okay.  And the case you were citing from was the

23  Sipla case that Judge Stark just authored where you

24  said -- your point was, Mr. Murnane, it was there has

25  to be some breach, and there has been no breach.

1          MR. MURNANE:  Correct, Your Honor.  As

2     we've just heard -- we're just hearing now details

3     about this, we --

4          THE COURT:  Right.

5          MR. MURNANE:  -- couldn't have ████████

6     ████████

7          THE COURT:  Right.

8          MR. MURNANE:  ████████████████

9          THE COURT:  Okay.  And do -- could you --

10    just for our benefit when we go back and look at

11    this, could you give us a cite to the Judge Stark

12    recent case in Sipla so we can find it quick?

13          MR. MURNANE:  He cited VLIW Tech, LLC

14    versus Hewlett-Packard Co., 840 Atlantic 2d 606 612

15    Delaware 2003.

16          THE COURT:  It's a case Judge Stark relied

17    on?

18          MR. MURNANE:  Yes.

19          THE COURT:  Not the -- not the case he

20    authored?

21          MR. MURNANE:  Correct, Your Honor.

22          THE COURT:  Got it.

23          MR. MURNANE:  He relied on it for those

24    three principles that I articulated.

25          THE COURT:  Understood.  Okay.  All right,

1    continue.

2          MR. HOLLOWAY:  Okay.  So going now to the

3    substance of ███████████████████████████

4    ███████████████████████████████████████

5    ███████████████████████████████████████

6    ███████████████████████████████████████

7    ████████████████    When I began, Your Honor, █

8    ███████████████████████████████████████

9    ███████████████████████████████████

10   ██████████████████    ██████████████████████

11   █████████████████████████████████████

12   ███████████████████████████████████████

13   ████████████████████████████████████████

14   ██████████████████████████.

15          So Sun's position is ████████████████

16   ████████████████████████████   ██████████

17   ██████████████████████████████████

18   ████████████████████████████████████████

19   ██████████████████████

20          We cited in our brief the various Delaware

21   cases about reading a contract as a whole, reasonable

22   interpretation being the touchstone in Delaware law,

23   and not reading contract terms to be superfluous.  So

24   just ███████████████████████████████████

25   ████████████████████████████



1   ███████████████████████████████

2        So I'll turn now to slide 5.  ████████████

3   ███████████████████████████████

4   ███████████████████   ████████████████

5   █████████████████   █████████████████

6   ████████████████████████████████████

7   ██████   ██████████████████████████

8   ██████████████████████████

9   ████████████████████████████

10  ███████   ████████████████████

11       THE COURT:  I'm sorry, one second.  I want

12  to -- I want to ask Mr. Murnane a question.  I

13  thought ████████████████████████████

14  ██████████████████████████████████████

15  ████████████████████████████   ██████

16  ███████████████████████████████████

17  ██████████████████████████████████

18  ██████████████

19       MR. HOLLOWAY:  Yes, Your Honor.

20       THE COURT:  Is that your point?

21       MR. HOLLOWAY:  Amgen's response brief at

22  page 13 says, ████████████████████████

23  ███████████████████████████████████

24  ██████████

25       THE COURT:  Yes.  That's not a ████████████

1 ████████████████████  So let's ask Mr. Murnane

2 what his view is on that.

3         MR. MURNANE:  Your Honor, the point that

4 counsel made ███████████████████████████

5 ██████████████████████████████████ ████████

6 █████████████████████████████████████████

7 ███████████████████████████████████████

8 ████████████████████████████

9         THE COURT:  All right.  And what's your

10 support for that, for --

11         MR. MURNANE:  ████████████████

12         THE COURT:  -- what you just said?

13         MR. MURNANE:  ████████████████

14         THE COURT:  What part?

15         MR. MURNANE:  Okay.  Okay.  Your Honor, if

16 I -- if I -- would it be helpful if we gave you our

17 slides, Your Honor, so you could look at them while

18 we're --

19         THE COURT:  Whatever you --

20         MR. MURNANE:  Okay.

21         THE COURT:  -- want to give me to --

22         MR. MURNANE:  Thank you.

23         THE COURT:  I just --

24         MR. MURNANE:  And would Your Honor -- would

25 Your Honor need another copy of the agreement?

1    THE COURT:  No, I have --

2    MR. MURNANE:  Okay.

3    THE COURT:  -- a copy.

4    MR. MURNANE:  Okay.

5    THE COURT:  For the last point, which

6    (indiscernible), I just wanted to know what your

7    support was in the agreement.

8    MR. MURNANE:  Okay.

9    THE COURT:  Where is it?

10   MR. MURNANE:  And I think if you have the

11   slides, Your Honor --

12   THE COURT:  I do.

13   MR. MURNANE:  -- it will be very easy.

14   THE COURT:  Go ahead.

15   MR. MURNANE:  Okay.  So if we take a look

16   at our slide number 3, Your Honor --

17   THE COURT:  Okay, I'm there.

18   MR. MURNANE:  ████████████████████ ███

19   ████████████████████████████████████████

20   ████████████

21   THE COURT:  Yes.

22   MR. MURNANE:  █████████████████████████

23   ███████████████████████

24   THE COURT:  Yes.

25   MR. MURNANE:  That's not in controversy



35

1    here.

10    THE COURT:  Okay.

11    MR. MURNANE:  Okay?

16    THE COURT:  Got it.

17    MR. MURNANE:

1 ███████████████████████████████████

2 ████   ███████████████████████████

3 █████   ██████████████████████

4 ████████████████████████████   ████

5 ████████████████████   ████████████

6 █████████████████   If we go to the next

7 slide, slide 6 --

8          THE COURT:  Can you hold that thought for a

9 second?

10          MR. MURNANE:  Yes.

11          THE COURT:  Because I want to confirm

12 something you just said which I'm not --

13          MR. MURNANE:  Uh-huh.

14          THE COURT:  Is it generally accepted, what

15 you just said,████████████████████████

16 ████████████████████████████████

17 ████████████████████████████████████

18 ████████████████████████████████

19 █████   ██████████████████

20          MR. MURNANE:  And -- yes, Your Honor, and

21 it's --

22          THE COURT:  Okay.

23          MR. MURNANE:  -- ████████████████

24 ████████████████████   There's no --

25          THE COURT:  All right, go ahead.

37



1          MR. MURNANE:  -- dispute about that.  Okay.

11          THE COURT:  Yes.

12          MR. MURNANE:

17          THE COURT:  Okay.

18          MR. MURNANE:  So now we get to slide 7.



```
 1  ████████████    ████████████████████████
 2  ████████████  ██████████████████████████
 3  ████████████.  Key point here.
 4           THE COURT:  Let him -- you've said a lot.
 5           MR. MURNANE:  Okay.
 6           THE COURT:  Let him respond to that,
 7  please.
 8           MR. HOLLOWAY:  So the --████████████████
 9  ████████████████████████████████████
10  ████████████████████████████████████
11  ██████████████  ████████████████████████
12  ████████████████████████████████████████████
13  ████████████████████████████████████████
14  ████████████████████████████████████████
15  ██████████  ████████████████████████████
16  ████████████████████████████████████████████
17  ██████████████████  ██████████████████████
18  ████████████████████████████████████
19  ████████████████████████  ██████████████
20  ██████████████████████  ████████████████████
21  ████████████████████████████████████
22  ████████████████████████████████████████████
23  ██████████████████████
24       ██████████████████████████████████████
25  ████████████████████████████████████████
```

1   ████████████  ██████████████████████  and my

2   slide that summarizes this, Your Honor, is slide 7,

3   okay? ████████████████████████████████

4   ████████████████████████████████████████

5   █████████████████████████████████████████

6   ██████████████  █████████████████████████

7   ███████████████████████████████████████

8   ███████████████████████████████████████

9   ██████████████  ███████████████████████

10  ██████

11       Counsel was quoting from our brief ██████████

12  █████████████████████████████████████████

13  ████████████████████████████████████████

14  ████████████████████████████████████████

15  █████████████████████████████████████████

16  ██████████████████  █████████████████

17       THE COURT:  When you██████████████

18  ███████████████████████████████████████

19       MR. HOLLOWAY: ██████████████████████

20  ████████  █████████████████████  █████████████

21  ██████████████  █████████████████████████  ███

22  ███████████████████████████████████

23  ████████████████████████████  █████████████

24  █████████████████████████████████████

25  ████████████████████████  █████████████████

1  ██████████████████████████████

2         THE COURT:  I'm -- you're ahead of me a

3  little bit.

4         MR. HOLLOWAY:  Sorry.

5         THE COURT:  So ████████████████████████

6  ███████████████████████████████████████

7  ████████████████████████████████████████████████

8  ███████████████████████████████████████

9  █████████

10        MR. HOLLOWAY:  █████████████████████████

11  █████████

12        THE COURT:  -- because it's on appeal?

13        MR. HOLLOWAY:  Yes.

14        THE COURT:  Did I get that right?

15        MR. HOLLOWAY:  Yes, Amgen sought appeal.

16  Teva had not prevailed --

17        THE COURT:  Right.

18        MR. HOLLOWAY:  -- at the Federal Circuit on

19  that yet.

20        THE COURT:  So because it's on appeal, even

21  though they won in the district court, ██████████

22  ████████████  ████████████████████████?

23        MR. HOLLOWAY:  I -- the way I would word

24  it, Your Honor, is ███████████████████████████████

25  ██████████████████████████████████████

41

```
1    ██████████████████████████████████████████

2            THE COURT:  Okay.

3            MR. HOLLOWAY:  Does that make sense?

4            THE COURT:  Yes.  Show me where it says

5    that.

6            MR. HOLLOWAY:  ██████████████████████

7    ████████████

8            (Pause in proceedings.)

9            MR. HOLLOWAY:  ██████████████████████

10   ██████████████████████████████████  ██████████

11   ██████████████████████████

12           THE COURT:  Yes, I have the agreement.

13           MR. HOLLOWAY:  ███████  █████████████

14   ████████████████████████████████████████

15   ██████████████████  █████████████████████████

16   ████████████████████████████

17           THE COURT:  Got it.  Okay.

18           MR. HOLLOWAY:  ███████████████████████

19   ████████████████████  ████████████████████████

20   ████████████████████████████████████████████

21   █████████████  █████████████████████████████████

22   ███████████████████████  ████████████████████

23   ████████████████████████████████████████

24   ████████████████████████████████████████████████

25   ███████████████████████  █████████████████████
```



6     THE COURT:  I lost you there.

7     MR. HOLLOWAY:  So Teva and Amgen,

9     THE COURT:  Right, right.

10    MR. HOLLOWAY:  -- ▮▮▮ --

11    THE COURT:  Right.

12    MR. HOLLOWAY:  --

14    THE COURT:  Oh,

17    MR. HOLLOWAY:  They've agreed

18    THE COURT:  Right.

19    MR. HOLLOWAY:  -- They're agreed

21    that's correct.

22    THE COURT:  Okay.

23    MR. HOLLOWAY:  So going back to the



1      THE COURT:  Yes.

2      MR. HOLLOWAY:  What you have is ███████

19      THE COURT:  Can I interrupt you?  I want to

20   ask Mr. --

21      MR. HOLLOWAY:  Please.

22      THE COURT:  -- Murnane a question.  ███

44



        MR. MURNANE:  If I may, Your Honor?  I
invite attention to --

        THE COURT:  Did my question make sense?  Do
you understand that?

        MR. MURNANE:  It did, but --

        THE COURT:  Okay.

        MR. MURNANE:  -- we need to look at █████

████████

        THE COURT:  Of course.

        MR. MURNANE:  Okay?

        THE COURT:  Of course.

        MR. MURNANE:  And so I think the simplest

1  thing to do would be, if we could, look at slide 16

2  in Amgen's deck of slides.

3          THE COURT:  Okay.  Go ahead, I'm there.

4          MR. MURNANE:  Okay.  ███████████████

5  ██████████████████████████████████

6  ███████████████████████████████████

7  █████████████████████████████████████████

8  █████████  ███████████  ███████████████████

9  █████████

10          THE COURT:  It will help me follow you if I

11  just read it again, so just bear with me.

12          MR. MURNANE:  Okay.

13          THE COURT:  I want to read it again and --

14          MR. MURNANE:  Okay.

15          THE COURT:  -- better understand what

16  you're going to say.

17          MR. MURNANE:  Thank you, Your Honor.

18          THE COURT:  Just bear with me.

19          (Pause in proceedings.)

20          THE COURT:  Go ahead.

21          MR. MURNANE:  Okay.  And that continues on

22  to slide 17.  But the key language for us now here,

23  Your Honor, is --

24          THE COURT:  Yes.

25          MR. MURNANE:  --███████████████████



1

2

3        THE COURT:  Yes.

4        MR. MURNANE:  -- we've pointed out before.

5        THE COURT:  Yes.

6        MR. MURNANE:

7

8

9

10

11

12

13

14

15

16       THE COURT:  And that's what you did.

17       MR. MURNANE:

18

19       THE COURT:  Yes.

20       MR. MURNANE:

21

22       THE COURT:  But --

23       MR. MURNANE:

24

25       THE COURT:  Got it.  But as I understand

1   it, 

2

3

4

5

6

7

8

9

10

11

12

13

14

15          MR. MURNANE:  If I may, Your Honor?

16          THE COURT:  The Teva generic is out there

17   in --

18          MR. MURNANE:  Okay.

19          THE COURT:  --  right?

20          MR. MURNANE:  If we could, Your Honor,

21   let's look at my slides 18 and then 19.

22          (Pause in proceedings.)

23          THE COURT:  Go ahead.

24          MR. MURNANE:  The very things Your Honor

25   just said, counsel's predecessor counsel said in



2017.  And as Mr. Auten said before he left, you know, the brand usually writes the first draft, so we have the first draft.

The next slide shows --

THE COURT:  But does that -- does that -- maybe I missed it, but does that address my question,

1 ████████████████████████

2       MR. MURNANE:  They said it was and they

3 said to avoid that harm --

4       THE COURT:  Yes.

5       MR. MURNANE:  --████████████████

6 ████████████████████████████████████

7 █████████████████████████████████

8       THE COURT:  Yes, how is that possible?

9       MR. MURNANE:  █████████████████

10 ██████████████    ██████████████████████

11 ████████████████████████████████████

12 ███████████████████   ██████████████

13 ████████████████████████████████

14 ████████████████████████████████

15 ███████████████████████████

16       THE COURT:  Now, is this -- is this comment

17 box the back and forth between prior counsel for Sun

18 and you --

19       MR. MURNANE:  Yes.

20       THE COURT:  -- in drafting the --

21       MR. MURNANE:  Yes.

22       THE COURT:  -- ██████████████████

23       MR. MURNANE:  Yes, Your Honor.  Addressing

24 the very concern -- the very concern -- and you'll

25 see in the box --

1          THE COURT:  It feels like a parol evidence

2    rule, but maybe not.

3          MR. MURNANE:  Right.

4          THE COURT:  But go ahead.

5          MR. MURNANE:  Well, and on that point,  if

6    I may, Your Honor --

7          THE COURT:  Well, finish your point --

8          MR. MURNANE:  Okay.  All right.

9          THE COURT:  -- because we're already

10   talking about it.

11         MR. MURNANE:  Okay.

12         THE COURT:  So go ahead.

13         MR. MURNANE:  So here, predecessor counsel

14   says,  ███████████████████████████████████

15   ███████████████████  ████████████████████

16   ████████████████████████████████████████

17   ███████████████████████████████████████

18   ██████████████████████████  exactly what Your

19   Honor was talking about.

20         THE COURT:  Yes.

21         MR. MURNANE:  That's what they -- that's

22   what ████████████████████  ██████████████.

23   The next slide 20 --

24         THE COURT:  Yes, but their counsel

25   expressed ████████████████████████  It's

1     ████████████████████████████████████████

2         MR. MURNANE:  Well --

3         THE COURT:  -- ████████████████████████

4     ████████████████

5         MR. MURNANE:  Yeah, but he's saying is the

6 same point. ████████████████████████

7     ████████████████████████████████████████

8         THE COURT:  Right.  So how does that

9 advance your point?  I'm not following.

10         MR. MURNANE:  My point is, Your Honor, that

11 ████████████████████████████████████████

12 ████████████████████████████████████████

13 ████████████████████████████

14 ████████████████████████████████████████

15 ████████████████████████████████████████

16 ████████████████████████████████████████

17 ████████████████████████████████████████

18 ████████████████████████████████████████

19 ████████████████████████████████████████

20 ████████████████████████████████████████

21 ████████████████████████████ No one

22 else has interpreted this agreement -- and Judge

23 Stark, if I may, Your Honor, on pages --

24         THE COURT:  I missed that point. ████████

25 ████████████████████████████████████████



1

2

3          MR. HOLLOWAY:

4          THE COURT:  Okay.

5          MR. HOLLOWAY:                    e.

6          THE COURT:

7          MR. MURNANE:  And if I may, Your Honor?

8   Judge Stark's opinion on Sipla, pages 6 and 27 to 28,

9   said Sipla is not licensed, okay?  And he looked at

10  this for a fair -- to a fare-thee-well over the

11  months of January, February, March, April, May, okay?

12  He said they're not licensed, okay?

13

14

15

16

17

18          And do you know what that means, Your

19  Honor?

20

21

22

23

24

25

1       MR. HOLLOWAY:  If I may, Your Honor?  I

2  want to start with that last point.  ████████

3  ███████████████████████████████    ████████████

4  ███████████████████████

5       THE COURT:  Is the Judge Stark --

6       MR. HOLLOWAY:  Amgen breached the --

7       THE COURT:  -- case an antitrust case?

8       MR. HOLLOWAY:  Say it again.

9       THE COURT:  Is the Judge Stark cause-of-

10  action case that we're talking about, isn't it an

11  antitrust case?

12       MR. HOLLOWAY:  I'll let counsel for Amgen

13  try --

14       THE COURT:  Is --

15       MR. HOLLOWAY:  -- to describe that.

16       MR. MURNANE:  That was -- that was

17  initially brought as an antitrust case and patent

18  misuse case, and --

19       THE COURT:  Right.

20       MR. MURNANE:  -- Judge Stark ultimately

21  ruled based on ███████████████████████████

22  █████████  ████████████████████████████

23  ████████████  ███████████████████████████

24  ████████████████████████████████████████

25  █████████████████████████████

1       THE COURT:  With --

2       MR. MURNANE:  It was --

3       THE COURT:  Settlement agreement with?

4       MR. MURNANE:  Amgen.

5       THE COURT:  And?

6       MR. MURNANE:  Sipla.

7       THE COURT:  Similar to this?

8       MR. MURNANE:  Yes.

9       THE COURT:  Verbatim like this?

10      MR. MURNANE:  ███████  ███████

11  ███████  ███████

12      THE COURT:  ███████

13      MR. MURNANE:  ███████

14      THE COURT:  So you're encouraging me to

15  read carefully -- I've scanned -- read carefully

16  Judge Stark's opinion because it interprets -- excuse

17  me -- ███████

18      MR. MURNANE:  ███████

19  ███████

20      THE COURT:  Okay.

21      MR. MURNANE:  With respect to the ███████

22  ███████ Your Honor.

23      THE COURT:  Yes, okay.  All right, go

24  ahead.

25      MR. HOLLOWAY:  The -- I would agree with



1    Your Honor

21            To the parol evidence point, Your Honor --

22            THE COURT:

23

24            MR. HOLLOWAY:  Yes, Your Honor.

25            THE COURT:  Go ahead.

1        MR. HOLLOWAY:  ███████████████████████

2   █████████████████

3        THE COURT:  Go ahead.

4        MR. HOLLOWAY:  -- be specific.

5        THE COURT:  Yes.  Yes.

6        MR. HOLLOWAY:  To the parol evidence point

7   that we've walked through, Sun didn't bring up the

8   parol evidence in this case.  Amgen did on response.

9   The reason we addressed it in our reply is because

10  they mischaracterized it, just as counsel just did.

11  ████████████████████████████████████████████████

12  ████████████████████████████████████████████████

13  ████████████████████████████████████████████████

14  ████████████████████████████████████████████████

15  ████████████████████████████████████████████████

16  ████████████████████████  ████████████████████

17  ████████████████████████████████████████████████

18  ████████████████████████  ██████████████████████

19  ████████████████████████████████████████████████

20  ████████████████████████████████████████████████

21  ████████████████████████████████████████████████

22        Counsel for Amgen says███████████████

23  ████████████████████████████████████████████████

24  ████████████████████████████████████████████████

25  ████████████████████████████████████████████████



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16      THE COURT:
17
18      MR. HOLLOWAY:
19      THE COURT:  How?
20      MR. HOLLOWAY:
21
22
23
24
25      THE COURT:  It sounds more complicated than

1   just that phone call.

2           MR. HOLLOWAY:  ███████████████

3   ███████████████  ███████████████████

4   ████████████████████████████████████

5   ███  ████████████████████

6   ██████████████████████████

7   ████████████████████

8   ████████████████████████████

9   ███████████████  ██████████████

10  ████████████████████████████

11  ██████████████████████████████

12  █████████████████████████████

13  █████████████████████████████

14  ██████████████

15           THE COURT:  Is the discovery you want

16  █████████████████████████████████

17  ████████████

18           MR. HOLLOWAY:  So --

19           THE COURT:  Is that what you want?

20           MR. HOLLOWAY:  It -- when we filed this,

21  Your Honor -- yes, when we filed this, Your Honor, we

22  had two theories.  Our first theory is ██████████

23  ███████████████████  █████████████████

24  █████████  ███████████████████████

25  ██████████████████████████

1 ██████████████████████████████

2 ██████████████████████████████

3 ████████    We also know that because in the

4 injunction -- agreed-to injunction with Piramal, ████

5 ████████████████████████████████████

6 ███████████  ██████████████████

7 ████████████████████████████████

8 █████████████████████████████████

9 ███████████████████████████████

10 ████████████████████████████████████

11        The other aspect of discovery that we

12 originally requested and served on Amgen ██████████

13 ████████████████████████████████

14 ████████████████████████████████

15 █████████████████████████████

16 ██████

17        THE COURT:  What does that have to do with

18 my interpretation of the ████████████████

19        MR. HOLLOWAY: ██████████████████

20 █████████████  ████████████████████

21 ███████████████████

22        THE COURT: ████████████████████

23 ████████████████████████  I thought

24 you -- it's pretty simple.

25        MR. HOLLOWAY:  Sure.

1    THE COURT: ████████████████████████

2    ████████████    I thought that was your -- that was

3    your position.

4    MR. HOLLOWAY: ███████████████████████

5    ████████████████████████████████████████

6    ████████████████████████████████████

7    ██████████████████████████████████████████

8    █████████████████████████████████████    I

9    don't know what their conversations were.

10    THE COURT:  Right.

11    MR. HOLLOWAY: ██████████████████████

12    ████████████████████████████████████████

13    ██████████████    Our position in our briefing has

14    always been that is one thing, but we don't have the

15    discovery on that to make that allegation.  We think

16    we've pled enough to get the discovery into that.

17    What Your Honor could rule on today --

18    THE COURT:  I'm sorry to interrupt you.

19    MR. HOLLOWAY:  Uh-huh.

20    THE COURT:  What -- in this business, what

21    would -- ███████████████████    ███████████████

22    ████████████████████████████████████

23    ████████████  ███

24    MR. HOLLOWAY:  It could --

25    THE COURT:  -- that says --



1          MR. HOLLOWAY:  It could even

4          THE COURT:  Yes.

5          MR. HOLLOWAY:

7          THE COURT:  Yes.

8          MR. HOLLOWAY:

23          The second part, Your Honor, that you could

24  rule on today based on the summary that we just

25  walked through of what we've gleaned from both the

62

1    <u>Sipla</u> order --

2            THE COURT:  I'm not ruling on anything

3    today.

4            MR. HOLLOWAY:  I'm just saying --

5            THE COURT:  You didn't mean that literally,

6    but --

7            MR. HOLLOWAY:  Not needing discovery.

8            THE COURT:  Right.

9            MR. HOLLOWAY:  That's what I was meaning.

10           THE COURT:  Right.  Okay.

11           MR. HOLLOWAY:  Without needing further

12   discovery, ████████████████████████████

13   ████████████████████

14           THE COURT:  Right.

15           MR. HOLLOWAY:  And just to -- just to

16   continue ████████████████████████

17   ██████████████████████████

18   ████████████████████████████

19   ██████ at my slide 11, I kind of break this down.

20   ██████████████████████████████

21   ████████████████████████  ████████████

22   ████████████████████████████████

23   ██████████████████████████

24   ████████████████████████████

25   ████████████████████████████

63



1 ███████████████████████████████

2 ██████████████████ ██████████████

3 █████████████████████████████

4 ███████████████ ██████████████

5 ██████████████████████████████████

6 ███████████████████████████

7 █████████████████ █████████████

8 ████████████████████, ████████████

9 ████████████████████ -- that was the

10 language that counsel emphasized, that█████████

11 ██████████████████d we'll talk about that -- ██

12 █████████████████████████

13 ██████████████ That's the language that

14 came about █████████████████ ██████████

15 █████████████████ ██████████████

16 █████████████████████████

17 ███

18 So you have these two options █████████

19 █████████████████████████████████

20 ███████████████████████████

21 █████████████████████

22 Counsel emphasizes that when it says ███████

23 █████████████████████████████████

24 ████████████████████████

25 ████████████ That would not be a permissible

1    read under the agreement.  It would make the terms



17           What happened here with Teva and Piramal is

18   that Amgen entered into agreements that blessed the

19   downstream sales, allowed them to keep going on.

20   They've done nothing as it pertains to the

21   distributors.  The injunction that they got

22   specifically says it doesn't impact them.  So --

23           THE COURT:  Do you know who Teva sold to

24   when you say ███████████████

25           MR. HOLLOWAY:  We said in our brief, Your

1   Honor, at page -- at page 3, we said ██████████

2   ████████████   ████████████████████████

3   ████████████

4           THE COURT:  What's that?

5           MR. HOLLOWAY:  -███████████████████

6   ███████   █████████████████████████

7   ██████

8           THE COURT:  Right.

9           MR. HOLLOWAY:  ███████████████████

10  ████████████████████████████████████

11  ████████████████████████████████████

12  ███████████████-

13          THE COURT:  Right.

14          MR. HOLLOWAY:  -- ███████████ --

15          THE COURT:  Do you --

16          MR. HOLLOWAY:  -- ███████████████████

17          THE COURT:  Do you have any sense without

18  having discovery of how much was sold ██████████

19  ████████████

20          MR. HOLLOWAY:  ██████████████████

21  ████████████████████

22          THE COURT:  Yes.

23          MR. HOLLOWAY:  That's why we said ███████

24  █████   It was kind of --

25          THE COURT:  Do you --

1      MR. HOLLOWAY:  -- an information and

2  belief.

3      THE COURT:  Do you have a guestimate as to

4  how much was sold (indiscernible)?

5      MR. HOLLOWAY:  It's actually described in

6  pretty good detail in Judge Stark's Sipla order.  It

7  was estimated -- Teva estimated they were going to

8  sell upwards of $212 million worth of product.  As --

9  Judge Stark notes at page 4 of the Sipla order that

10  Teva launched by shipping 409,128 bottles to

11  wholesalers.  So --

12      THE COURT:  On the five quietest business

13  days of the calendar year.  I wonder if that -- I'm

14  just curious --

15      MR. HOLLOWAY:  Yeah.

16      THE COURT:  -- whether that has anything to

17  do with anything or it's just coincidence.

18      MR. HOLLOWAY:  Well, that's part of the

19  allegation we made, Your Honor, is that even -- ███

20  ████████████████████████████████████████████

21  ██████████████████████████████████████████████████

22  ███████████████████████████████████████████████

23  ████████████  ████████████████████████████████████

24  ████████████████████████████████████████████

25  █████████████████████████████████████████

1    That's why it seems like there's -- you know, where

2    there's smoke there might be fire, and that's why we

3    made those allegations.

4              THE COURT:  Okay.  I'm sure there's a lot,

5    Mr. Murnane, so we'll give --

6              MR. MURNANE:  Yeah.

7              THE COURT:  -- Mr. Murnane the I think -- I

8    think the last word.  But let's see what he has to

9    say.  Maybe I'll let you respond.  Go ahead, whatever

10   you want to say in response to what counsel said.

11             MR. MURNANE:  Thank you, Your Honor.

12             THE COURT:  Sure.

13             MR. MURNANE:  With respect to Your Honor's

14   comment on the time of year when this happened, the

15   facts are the FDA approved Teva's ANDA on December

16   27th, 2018.

17             THE COURT:  That's -- that was an aside

18   comment --

19             MR. MURNANE:  Teva --

20             THE COURT:  -- I probably should have just

21   kept to myself.

22             MR. MURNANE:  Well, just to let Your Honor

23   know --

24             THE COURT:  Yes.

25             MR. MURNANE:  Well, Your Honor made a side

1   comment.  Opposing counsel made more than a side

2   comment, okay?  So Teva --

3           THE COURT:  I don't see how it's going to

4   factor into my decision.

5           MR. MURNANE:  Teva launched the next day

6   and there was the settlement. ███████████████

7   ████████████████     ███████████████████████

8   ██████████████████████████████████████████████

9   ██████████████████████████████████████████████

10  ██████████████     ████████████████████████████

11  ████████████████████████████████████████████████

12  ███████████████████████████████████████████████

13  ██████████████████████████████     █████████████

14  ███████████████████████████████████████

15  ████████████████████████████████████████████████

16  ███████████████     ██████████████████████████

17  ██████████████████████████████████

18  ████████████████████████████████████████████

19  ████████████████████████████████████████████████

20  ██████████████████     ██████████████     ██████

21  ██████████████████████████████     ██████████

22  █████████████████████████████████████████████

23  ██████████████████████████████████████

24  ████████████████

25          Again, if we look at the slide 16 where

1    it's referring to ███████████████████████

2    ██████████████████████████████████████████

3    ███████████████████████████████████

4    ██████████████████████████████████

5    ████████ ████████████████████ ████████████

6    ████████████ ████████████████████

7    █████████████ ██████████████████

8    ███████████████ █████████████████

9    ██████████████████████████████████████████

10   ████████████████████████████████████████

11   ████████████████████████████████

12   ████████████████████████████████████████

13   ██████████████████████████████████████

14   ██████████████

15       THE COURT:  I mentioned that to Sun's

16   counsel, I thought it was -- you know, picking up the

17   phone and making a phone call seemed impractical,

18   but, you know -

19       MR. MURNANE:  So, Your Honor, it would.

20   That's why we have these deals, okay? █████████

21   ██████████████████████████████████████████

22   ██████████████████████████ ██████████████

23   ██████████ ███████████████████████████

24   ████████████ █████████████████████████

25   ██████████████████  The product was sold between

1  December 28th and January 2nd, and ▨▨▨▨▨▨

2  ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

3  ▨▨▨▨▨▨▨▨▨▨▨  ▨▨▨▨▨▨▨▨▨▨

4  ▨▨  ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

5  ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

6  ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

7  ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

8  ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨  ▨▨▨▨

9  ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨  ▨▨▨▨

10  ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

11  ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

12  ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

13  ▨▨▨▨▨▨▨  ▨▨▨▨▨▨▨▨▨

14  ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

15  ▨▨▨▨▨     And it's really that, Your Honor.

16         If we could go back to some of the slides

17  that we were talking about previously, and we

18  stopped.  Oh, if I may?  Just one point, Your Honor.

19  The notion of being --▨▨▨▨▨▨▨▨▨▨▨

20  ▨▨▨▨▨▨▨▨  ▨▨▨▨▨▨▨▨  ▨▨▨▨

21  ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

22  ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

23  ▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨▨

24  ▨▨▨▨▨▨▨▨▨▨▨  ▨▨▨▨▨

25  ▨▨▨▨▨▨▨  ▨▨▨▨▨▨▨▨▨▨

1 ████████████    ████████████████    ███

2 ███████████████████████████████

3 ██████████████████████████████

4 █████████████████████████    ██████

5          THE COURT:  Could you -- could you bear

6 with me one second?  I want to --

7          MR. MURNANE:  Sure.

8          THE COURT:  ████████████████████

9 ██████████

10          MR. MURNANE:  Uh-huh.

11          THE COURT:  Just give me one second.

12          (Pause in proceedings.)

13          THE COURT:  Go ahead.

14          MR. MURNANE:  Okay.  If I -- if I may

15 invite attention back to -- I'm just responding to

16 comments that counsel made, Your Honor --

17          THE COURT:  Yes.

18          MR. MURNANE:  -- back to slide -- our slide

19 16 -- 16 and 17.  Counsel focused on███████████████

20 ██████████████████████

21 ████████████████████

22 █████████████████████████

23 ██████████    ██████████████    █████

24 ████████████████████████████

25 █████████████████████



17    ████████████████.  Again, the language is very

18    clear.



8          That's what's critical here.

9          If we look at the next slide, slide 10, our

10   slide 10, Your Honor, there we've correctly noted

11   that

1 ████████████████████  ███████████████

2 ███████████████████████████████████████████

3 █████████████████████████  ████████████████

4 █████████████

5    THE COURT:  So what did -- to general --

6 sort of step back from all these details questions,

7 █████████████████████████████████████████

8 █████████████████  ██████████████████████

9 █████████████████  ███████████████████

10 ████████████  ██████████████

11    MR. MURNANE:  Right.

12    THE COURT:  ███████████████████

13    MR. MURNANE:  ██████████████████

14 ████████████████████████████████████████

15 ████

16    THE COURT:  In ██████ --

17    MR. MURNANE:  ███████

18    THE COURT:  -- right?

19    MR. MURNANE:  I think █████████████

20    THE COURT:  █████████████████████

21 ██████████████████████████████.  That's --

22    MR. MURNANE:  That's what they've bargained

23 for, Your Honor.

24    THE COURT:  That's a long time, right?

25    MR. MURNANE:  Well, that's what they --

1    that's what they bargained for.

2              THE COURT:  Okay.

3              MR. MURNANE:  Or --

4              THE COURT:  Or --

5              MR. MURNANE:  -- if ███████████ --

6              THE COURT:  Right.

7              MR. MURNANE:  -- under ■ --

8              THE COURT:  Okay.

9              MR. MURNANE:  -- ████████████████

10   ████████████████████████████████████

11   ████████████████████

12             THE COURT:  Right.

13             MR. MURNANE:  ██████████████████.

14             THE COURT:  Which is what this discussion

15   has been about, so --

16             MR. MURNANE:  Exactly.

17             THE COURT:  -- I'm still sort of wondering

18   why this was a -- maybe this is something I shouldn't

19   be thinking about, but I'm sort of wondering ██████

20   ████████████████████████████████████

21             MR. MURNANE:  What --

22             THE COURT:  They -- you're -- if I accept

23   what you're saying, ██████████████████████████

24   ██████████

25             MR. MURNANE:  Or --



1   THE COURT: --

2   MR. MURNANE:

3

4   THE COURT:  Okay.

5   MR. MURNANE:  --

6

7

8

9

10

11

12   THE COURT:  I understand that argument.

13   MR. MURNANE:

14

15   THE COURT:  Understood.  I want to ask Mr.

16   Holloway,

17

18

19   MR. HOLLOWAY:  We didn't bring it up, we

20   just responded to it.

21

22

23

24

25   THE COURT:  You can't have it both ways.

1        MR. HOLLOWAY:  But --

2        THE COURT:  You can't say don't consider

3 ████████████████████████████████████████████

4 ██████

5        MR. HOLLOWAY:  Yeah, I don't -- ████████

6 █████████████████████████████████████████████

7 ██████████████████████████████████████████████

8 ██████████

9        THE COURT:  Okay.

10       MR. HOLLOWAY:  ███████████████████████████

11 ███████████████████████████

12       THE COURT:  Understood.

13       MR. HOLLOWAY:  -- of it, Your Honor.

14       THE COURT:  Okay.  Excuse me one second.

15       (Pause in proceedings.)

16       THE COURT:  Okay.  Good discussion.  I'll

17 let both counsel summarize if you think it's

18 necessary.  I think we really covered a lot of

19 ground, but if there's another point that you believe

20 hasn't been made because we've had a -- sort of a Q

21 and A, I'll listen to any further points you want to

22 make.

23       I have one final question.  ████████████████

24 ███████████████████████████████   █████████████████

25 ████████████████████████████████████████████████████



1

2

3

4

5          MR. HOLLOWAY:

6

7

8          THE COURT:

9          MR. HOLLOWAY:

10

11         THE COURT:

12         MR. HOLLOWAY:

13

14

15         THE COURT:  Yes.

16         MR. HOLLOWAY:

17

18

19         THE COURT:  Got it.  Okay.

20

21         MR. MURNANE:

22

23         THE COURT:  So --

24         MR. MURNANE:

25    Your Honor.

1   THE COURT:  Yes.

2   MR. MURNANE:  ███████████

3   THE COURT:  Yes.

4   MR. MURNANE:  ████████████████████

5   ████████████████████████████████

6   ██████████████████████████████████

7   ██████████████████████████████████

8   ████████████████████████████████

9   ██████████████████████████████

10   THE COURT:  ████████████████

11   ███████

12   MR. MURNANE:  ███████████████

13   ██████████

14   THE COURT:  Okay.

15   MR. MURNANE:  ████████████████

16   ███████

17   THE COURT:  Okay.  Mr. Holloway, any final

18   points you think you haven't made that you want to

19   make?

20   MR. HOLLOWAY:  I made it just then, Your

21   Honor.  ████████████████████████████

22   THE COURT:  All of the above, everything

23   we've been talking about.

24   MR. HOLLOWAY:  Yeah, that's it.

25   THE COURT:  Okay.  You're good?  Okay.  Mr.

1   Murnane, anything else you want to -- you want to

2   say?

3           MR. MURNANE:  If I may just address ███

4   ████████████

5           THE COURT:  Sure.

6           MR. MURNANE:  -- point that --

7           THE COURT:  Go ahead.

8           MR. MURNANE:  -- counsel made?

9           THE COURT:  Yes.

10          MR. MURNANE:  Your Honor, ██████████

11  ████████████████████████████████

12  ████████████████████████████████

13  ████████████████████████████████

14  █████████████████████████████████

15  ███████████████  ████████████████

16  ████████████████████████████

17  ██████████████████████████

18  ████████████████████████████

19  ████████████████████████████████ if

20  there's -- if Your Honor believes ██████████

21  ██████████████████     In this case, ████

22  ████████████████████████████████

23  ███████████████████

24  █████████████████████████████████

25  █████████████████████████████████

1 ████████████████████████████████

2 ████████████████████████████████

3          THE COURT:  Okay.  All right, thank you to

4 both counsel.  Would you submit a proposed sealing

5 draft order?

6          MR. HOLLOWAY:  Yes, Your Honor.

7          THE COURT:  I think I've articulated the

8 reasons and we'll see -- we'll see how that goes.

9 Okay.  Thank you, everybody.  Good afternoon.

10          MR. MURNANE:  Thank you, Your Honor, and

11 good afternoon.

12          (Proceedings adjourned, 3:30 p.m.)

13

14                    *  *  *

15

16

17

18

19

20

21

22

23

24

25

1
2
3
4
5
6                           <u>CERTIFICATION</u>
7
8           I, Michael Keating, do hereby certify that
9    the foregoing is a true and correct transcript from the
10   electronic sound recordings of the proceedings in the
11   above-captioned matter.
12
13
14
15   _____          _____
16   Date                      Michael Keating
17
18
19
20
21
22
23
24
25