IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS LLC, et al., <br><br> Defendants. | Civ. No. 16-853-MSG <br> CONSOLIDATED |

### ORDER

**AND NOW**, this 18th day of September, 2019, upon consideration of the Motion to Enforce the Parties' Settlement Agreement (D.I. 436) filed by Sun Pharma Global FZE, Sun Pharmaceutical Industries Ltd., and Sun Pharmaceutical Industries, Inc., Amgen's Response in Opposition filed thereto (D.I. 455), Sun's Reply Brief (D.I. 465), and Amgen's Surreply Brief (D.I. 478), and after a hearing held on June 13, 2019, for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that that the Motion to Enforce the Parties' Settlement Agreement and Sun's request for discovery are **DENIED**.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.