IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SUN PHARMACEUTICAL INDUSTRIES, LTD; SUN PHARMA GLOBAL FZE; AND SUN PHARMACEUTICAL INDUSTRIES, INC.,<br><br>    Defendants. | Civil Action No. 1:16-cv-882 (MSG)<br>Civil Action No. 1:16-cv-853 (MSG)<br>CONSOLIDATED |

## STIPULATION AND ORDER

WHEREAS pursuant to the Court's Order, dated September 19, 2019 (D.I. 487), Plaintiff Amgen Inc. ("Amgen") and Defendants Sun Pharmaceutical Industries Ltd., Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc. (collectively, "Sun") agree that the following sealed documents may be unsealed in their entirety:

1. Sun's Opening Brief in Support of Its Motion to Enforce the Parties' Settlement Agreement (D.I. 437);

2. Amgen's Answering Brief in Opposition to Sun's Motion to Enforce the Parties' Settlement Agreement (D.I. 455); and,

3. Sun's Reply in Support of Its Motion to Enforce the Settlement Agreement (D.I. 465).

IT IS HEREBY AGREED by and between the parties, subject to the approval of the Court, that the sealed documents (D.I. 437, 455 and 465) shall be unsealed by order of this Court.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| /s/ Jack B. Blumenfeld | /s/ Dominick T. Gattuso |
| Jack B. Blumenfeld (#1014)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>dfahnestock@mnat.com | Dominick T. Gattuso (#3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law |
| *Attorneys for Plaintiff Amgen Inc.* | *Attorneys for Defendants Sun Pharmaceutical Industries Ltd., Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc.* |

Dated: September 23, 2019

IT IS SO ORDERED, this 24th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE