NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMGEN INC.,**
*Plaintiff-Appellant*

v.

**AMNEAL PHARMACEUTICALS LLC, AMNEAL PHARMACEUTICALS OF NEW YORK LLC, PIRAMAL HEALTHCARE UK LIMITED,**
*Defendants-Appellees*

**ZYDUS PHARMACEUTICALS (USA) INC., CADILA HEALTHCARE LTD., DBA ZYDUS CADILA,**
*Defendants-Cross-Appellants*

---

2018-2414, 2019-1086

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:16-cv-00853-MSG, 1:16-cv-00925-MSG, 1:17-cv-00183-MSG, 1:17-cv-00713-MSG, Judge Mitchell S. Goldberg.

---

**ON PETITIONS FOR PANEL REHEARING AND REHEARING EN BANC**

---

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, HUGHES, and STOLL, *Circuit Judges*.

PER CURIAM.

# ORDER

Appellees Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals of New York LLC filed a petition for panel rehearing. Appellant Amgen Inc. separately filed a combined petition for panel rehearing and rehearing en banc. Responses to Amgen Inc.'s petition were invited by the court and separately filed by Cross-Appellants Cadila Healthcare Ltd. and Zydus Pharmaceuticals (USA) Inc. and Appellee Piramal Healthcare UK Limited. The petitions were referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petitions for panel rehearing are denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue on April 22, 2020.

FOR THE COURT

April 15, 2020      /s/ Peter R. Marksteiner
Date      Peter R. Marksteiner
     Clerk of Court