IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> AMNEAL PHARMACEUTICALS LLC, : <br> et al., : <br> : <br> Defendants. : | Civ. No. 16-853-MSG <br> CONSOLIDATED |

## ORDER

**AND NOW,** this 14th day of May, 2020, it is hereby **ORDERED** that a **STATUS CONFERENCE** is scheduled to be held on **Thursday, June 11, 2020 at 2:00 p.m.**  The parties will provide the court with dial in details at least two business days before the conference via email to

chambers_of_judge_mitchell_s_goldberg@paed.uscourts.gov

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**