# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

————

(302) 658-9200
(302) 658-3989 FAX

JACK B. BLUMENFELD
(302) 351-9291
jblumenfeld@mnat.com

June 11, 2020

The Honorable Mitchell S. Goldberg                     *VIA ELECTRONIC FILING*
United States District Court
  Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

  RE: *Amgen Inc. v. Amneal Pharmaceuticals LLC, et al.*, C.A. No. 16-853 (MSG)

Dear Judge Goldberg:

  This firm, along with Venable LLP, represents Plaintiff Amgen Inc. ("Amgen") in this case and writes to respond to Defendant Piramal Healthcare UK Ltd.'s ("Piramal") letter of June 9, 2020 concerning deconsolidation.

  The Piramal case is one of fifteen patent infringement cases involving generic versions of Amgen's SENSIPAR that Judge Sleet ordered consolidated "for all purposes, including trial, without prejudice." Amgen respectfully disagrees that the Piramal case should be de-consolidated from the captioned case. Piramal is seeking damages for sales of its generic product that it would have made but for a stipulated preliminary injunction. Although the Amneal case is still in the liability phase, it could become a damages case if Amneal decides to launch its generic product once it is approved.

  Further, Piramal has not explained why de-consolidation would "simplify matters." To address any concerns, Piramal's case can be put on its own schedule and its confidential information can be kept from other defendants. Indeed, Your Honor has already resolved an issue specific to a defendant in the consolidated action, *see* D.I. 485 (Memorandum Opinion denying Defendants Sun Pharmaceutical Industries, Ltd., Sun Pharma Global Fze, and Sun Pharmaceutical Industries, Inc.'s motion to enforce the settlement agreement between Amgen and Sun), while maintaining confidentiality for such defendant. The same can be done here.

  We look forward to discussing these issues with Your Honor at the status conference.

    Respectfully,

    */s/ Jack B. Blumenfeld*

    Jack B. Blumenfeld (#1014)

cc: All Counsel of Record (via electronic mail)