IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-853 (MSG) |
| | ) CONSOLIDATED |
| AMNEAL PHARMACEUTICALS LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Plaintiff's Fourth Set of Requests to Piramal for the Production of Documents and Things* were caused to be served on July 1, 2020 upon the following in the manner indicated:

John C. Phillips, Jr., Esquire                                   VIA ELECTRONIC MAIL
David A. Bilson, Esquire
PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
*Attorneys for Defendant Piramal Healthcare UK Limited*

Aaron F. Barkoff, Esquire                                        VIA ELECTRONIC MAIL
Alejandro Menchaca, Esquire
Rajendra A. Chiplunkar, Esquire
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL 60661
*Attorneys for Defendant Piramal Healthcare UK Limited*

|  |  |
|---|---|
| OF COUNSEL:<br><br>John D. Murnane<br>Joshua I. Rothman<br>Alicia A. Russo<br>VENABLE LLP<br>1290 Avenue of the Americas<br>New York, NY  10104-3800<br>(212) 218-2100<br><br>Wendy A. Whiteford<br>Lois M. Kwasigroch<br>Eric Agovino<br>AMGEN INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA 91320-1789<br>(805) 447-1000<br><br>July 1, 2020 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>/s/ *Jack B. Blumenfeld*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>dfahnestock@mnat.com<br><br>*Attorneys for Amgen Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 1, 2020, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>David A. Bilson, Esquire<br>PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>*Attorneys for Defendant Piramal Healthcare UK Limited* | *VIA ELECTRONIC MAIL* |
| Aaron F. Barkoff, Esquire<br>Alejandro Menchaca, Esquire<br>Rajendra A. Chiplunkar, Esquire<br>MCANDREWS, HELD & MALLOY, LTD.<br>500 West Madison Street, 34th Floor<br>Chicago, IL  60661<br>*Attorneys for Defendant Piramal Healthcare UK Limited* | *VIA ELECTRONIC MAIL* |

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)