**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMGEN INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-853-GMS |
| | ) (CONSOLIDATED) |
| AUROBINDO PHARMA LTD, et al. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on July 1, 2020, a copy of Defendant Piramal's First Set of Remand Requests for Documents and Things to Plaintiff was served on the following counsel in the manner indicated below:

**VIA EMAIL**
Jack B. Blumenfeld
Derek J. Fahnestock
Morris, Nichols, Arsht &Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
dfahnestock@mnat.com

John D. Murnane
Joshua I. Rothman
Alicia A. Russo
Venable LLP
1290 Avenue of the Americas
New York, NY 10104
jdmurnane@venable.com
jrothman@venable.com
arusso@venable.com

|  |  |
|---|---|
| Dated: July 1, 2020 | PHILLIPS, MCLAUGHLIN & HALL, P.A.<br><br>*/s/ David A. Bilson*<br>John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>dab@pgmhlaw.com<br><br>*Attorneys for Defendant*<br>*Piramal Healthcare UK Limited* |