**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMGEN INC., )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>AUROBINDO PHARMA LTD, et al. )<br>)<br>   Defendants. ) | C.A. No. 16-853-MSG<br>(CONSOLIDATED) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on July 7, 2020, copies of Defendant Piramal's First Set of Interrogatories (Nos. 1-13) and Second Set of Requests For Production of Documents and Things (Nos. 2-31) were served on the following counsel in the manner indicated below:

**VIA EMAIL**
Jack B. Blumenfeld
Derek J. Fahnestock
Morris, Nichols, Arsht &Tunnell LLP
1201 N. Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
dfahnestock@mnat.com

John D. Murnane
Joshua I. Rothman
Alicia A. Russo
Venable LLP
1290 Avenue of the Americas
New York, NY 10104
jdmurnane@venable.com
jrothman@venable.com
arusso@venable.com

Dated: July 7, 2020                              PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ David A. Bilson*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pgmhlaw.com

*Attorneys for Defendant*
*Piramal Healthcare UK Limited*