NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

───────────────

**AMGEN INC.,**
*Plaintiff-Appellant*

v.

**WATSON LABORATORIES, INC., ACTAVIS PHARMA, INC.,**
*Defendants-Appellees*

**CIPLA LIMITED, CIPLA USA INC.,**
*Defendants-Amici Curiae*

**AMNEAL PHARMACEUTICALS LLC, AMNEAL PHARMACEUTICALS OF NEW YORK LLC, CADILA HEALTHCARE LTD., DBA ZYDUS CADILA, PIRAMAL HEALTHCARE UK LIMITED, SUN PHARMA GLOBAL FZE, SUN PHARMACEUTICAL INDUSTRIES, INC., SUN PHARMACEUTICAL INDUSTRIES, LTD., ZYDUS PHARMACEUTICALS (USA) INC.,**
*Defendants*

───────────────

2019-1650, 2019-1770

───────────────

Appeals from the United States District Court for the District of Delaware in Nos. 1:16-cv-00853-MSG, 1:16-cv-00855-MSG, 1:16-cv-00925-MSG, 1:17-cv-00183-MSG, 1:17-cv-00713-MSG, Judge Mitchell S. Goldberg.

---

## ON MOTION

---

Before NEWMAN, LOURIE, and O'MALLEY, *Circuit Judges.*

PER CURIAM.

## O R D E R

The parties jointly move to voluntarily dismiss the above-captioned appeals pursuant to Fed. R. App. P. 42(b), with each side bearing its own fees and costs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

July 9, 2020          /s/ Peter R. Marksteiner
      Date            Peter R. Marksteiner
                      Clerk of Court

ISSUED AS A MANDATE: July 9, 2020