IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 16-853 (MSG) |
| | ) CONSOLIDATED |
| AMNEAL PHARMACEUTICALS LLC, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

# NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiff's Third Set of Interrogatories to Piramal*; and (2) *Plaintiff's Fifth Set of Requests to Piramal for the Production of Documents and Things* were caused to be served on July 10, 2020 upon the following in the manner indicated:

John C. Phillips, Jr., Esquire                                          VIA ELECTRONIC MAIL
David A. Bilson, Esquire
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE  19806
*Attorneys for Defendant Piramal Healthcare UK Limited*

Aaron F. Barkoff, Esquire                                              VIA ELECTRONIC MAIL
Alejandro Menchaca, Esquire
Rajendra A. Chiplunkar, Esquire
MCANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, 34th Floor
Chicago, IL  60661
*Attorneys for Defendant Piramal Healthcare UK Limited*

<table>
<tr><td>

OF COUNSEL:

John D. Murnane
Joshua I. Rothman
Alicia A. Russo
VENABLE LLP
1290 Avenue of the Americas
New York, NY 10104-3800
(212) 218-2100

Wendy A. Whiteford
Lois M. Kwasigroch
Eric Agovino
AMGEN INC.
One Amgen Center Drive
Thousand Oaks, CA 91320-1789
(805) 447-1000

July 10, 2020

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
Derek J. Fahnestock (#4705)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
dfahnestock@mnat.com

*Attorneys for Amgen Inc.*

</td></tr>
</table>

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 10, 2020, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>David A. Bilson, Esquire<br>PHILLIPS, MCLAUGHLIN & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>*Attorneys for Defendant Piramal Healthcare UK Limited* | *VIA ELECTRONIC MAIL* |
| Aaron F. Barkoff, Esquire<br>Alejandro Menchaca, Esquire<br>Rajendra A. Chiplunkar, Esquire<br>MCANDREWS, HELD & MALLOY, LTD.<br>500 West Madison Street, 34th Floor<br>Chicago, IL  60661<br>*Attorneys for Defendant Piramal Healthcare UK Limited* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)