IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., <br><br> Plaintiff, <br><br> v. <br><br> AMNEAL PHARMACEUTICALS LLC, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 16-853 (MSG) <br> ) CONSOLIDATED <br> ) <br> ) <br> ) <br> ) |

**STIPULATION AND ORDER**

It is hereby stipulated by plaintiff Amgen Inc. and defendant Piramal Healthcare UK Limited ("Piramal"), subject to the approval of the Court, that the scheduling order for the Piramal damages case set forth in D.I. 499 is amended as follows:

a. Substantial completion of party document production by **August 18, 2020;**

b. Fact discovery, including, but not limited to, document discovery, interrogatories, depositions, and third-party discovery closes **September 1, 2020**;

c. Piramal shall serve its opening expert reports by **September 15, 2020**;

d. Amgen shall serve its responsive expert reports by **October 6, 2020**; and

e. Piramal shall serve its reply expert reports by **October 16, 2020**.

All other dates remain unchanged.

2

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | PHILLIPS MCLAUGHLIN & HALL, P.A. |
| /s/ *Jack B. Blumenfeld* | /s/ *John C. Phillips, Jr.* |
| Jack B. Blumenfeld (#1014)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>dfahnestock@mnat.com | John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>dab@pmhdelaw.com |
| *Attorneys for Plaintiff Amgen Inc.* | *Attorneys for Defendant Piramal Healthcare, Inc.* |

July 23, 2020

SO ORDERED this __27th__ day of __July__, 2020.

      /s/ Mitchell S. Goldberg
      United States District Court Judge