# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **AMGEN INC.,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civ. No. 16-853-MSG |
| : | **CONSOLIDATED** |
| **AMNEAL PHARMACEUTICALS LLC,** : | |
| et al., : | |
| : | |
| **Defendants.** : | |
| : | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED this 14th day of October 2020, that the Motion to Intervene filed by Slate Run Pharmaceuticals, LLC (D.I. 523) is **GRANTED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**