# EXHIBIT 1

**HIGHLY CONFIDENTIAL**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

AMGEN INC.,

                Plaintiff,

        v.

AMNEAL PHARMACEUTICALS LLC, et al.,

                Defendants.

C.A. No. 16-853-MSG
(CONSOLIDATED)

**HIGHLY CONFIDENTIAL**

**EXPERT REPORT OF IVAN T. HOFMANN**

HIGHLY CONFIDENTIAL



### H.    Interest

95.    If asked, I reserve the right to provide an analysis and calculation of prejudgment interest at the appropriate time.

* * *

Dated: October 13, 2020                                    Ivan T. Hofmann

Exhibits
Appendices

41

# EXHIBIT 2

**HIGHLY CONFIDENTIAL**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>AMNEAL PHARMACEUTICALS LLC, et al.,<br><br>    Defendants.<br><br>SLATE RUN PHARMACEUTICALS, LLC,<br><br>    Intervenor Plaintiff,<br><br>    v.<br><br>AMGEN INC.,<br><br>    Intervenor Defendant. | C.A. No. 16-853-MSG<br>(CONSOLIDATED)<br><br>**HIGHLY CONFIDENTIAL** |

**REPLY EXPERT REPORT OF IVAN T. HOFMANN**

**HIGHLY CONFIDENTIAL**



### K.    Interest

91.    I reserve the right to provide an analysis and calculation of prejudgment interest at the appropriate time.

\* \* \*

Ivan T. Hof

Dated: December 11, 2020                Ivan T. Hofmann

Exhibits
Appendices



# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMGEN INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>AMNEAL PHARMACEUTICALS LLC, *et al.*,<br><br>               Defendants.<br><br>SLATE RUN PHARMACEUTICALS, LLC,<br><br>               Intervenor Plaintiff,<br><br>    v.<br><br>AMGEN INC.,<br><br>               Intervenor Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>Civil Action No. 16-853-MSG<br>(CONSOLIDATED) |

**DECLARATION OF MICHAEL E. TATE**

**October 18, 2021**

I, Michael E. Tate, declare as follows:

1.      My name is Michael E. Tate.  I have been retained as a damages expert in this case by counsel for Amgen Inc. ("Amgen").  I have submitted expert reports in this case on February 10, 2021 ("First Report") and March 21, 2021 ("Supplemental Report").  I also testified at the trial in this case on March 25, 2021.  My qualifications and experience are described in my First Report and are incorporated herein by reference.  My curriculum vitae and a list of the cases in which I have testified at trial or by deposition within the last four years is attached as Appendix A to my First Report and is incorporated herein.

1

2.      As stated in my First Report, CRA is being compensated on a rate-times-hours basis for the work my staff and I perform. My current rate is $725 per hour. Neither my compensation, my staff's compensation, nor CRA's compensation, depends in any way on the outcome of this litigation or the issues addressed herein.

3.      I understand that, on October 5, 2021, the Court issued a Memorandum Opinion (D.I. 707, "Decision") in which it collectively awarded Defendant Piramal Healthcare UK Ltd. ("Piramal") and Intervenor Slate Run Pharmaceuticals, LLC ("Slate Run") (collectively, "P/SR") lost profits damages in the amount of $28,701,172 plus prejudgment interest.  I understand that this lost profits damages amount represents P/SR's loss of the single sale of 69,144 bottles of product to Fresenius on April 17, 2019.

4.      I further understand that, with respect to prejudgment interest, the Court adopted P/SR's proposed 5.5% prejudgment interest rate, compounded yearly.  I understand that P/SR obtained this proposed interest rate by referencing a JPMorgan Chase & Co. web page listing historical prime rate data.  The historical prime rate data for the period of "2013 - 2020" from that web page below is reproduced:

2

⌄ **2013 - 2020**

| Effective Date | Rate |
| --- | --- |
| 3/16/2020 | 3.25% |
| 3/4/2020 | 4.25% |
| 10/31/2019 | 4.75% |
| 9/19/2019 | 5.00% |
| 8/1/2019 | 5.25% |
| 12/20/2018 | 5.5% |
| 9/27/2018 | 5.25% |
| 6/14/2018 | 5.00% |
| 3/22/2018 | 4.75% |
| 12/14/2017 | 4.50% |
| 6/15/2017 | 4.25% |
| 3/16/2017 | 4.00% |
| 12/15/2016 | 3.75% |
| 12/17/2015 | 3.50% |

https://www.jpmorganchase.com/about/our-business/historical-prime-rate.

5.      According to that web page, the 5.5% prime rate was the prevailing prime rate when the injunction was entered on April 15, 2019, and then changed several times during the injunction period as follows:

- August 1, 2019: 5.25%

- September 19, 2019: 5.00%

- October 31, 2019: 4.75%

- March 4, 2020: 4.25%

- March 16, 2020: 3.25%

3

6. As of the date on which I prepared this Declaration, the prevailing prime rate has not changed since March 16, 2020, and has remained at 3.25%. Notably, the 5.5% prime rate represents the highest prime rate over the period from entry of the injunction to the date on which I prepared this Declaration.

7. I have been asked by counsel for Amgen to determine what the average prime rate would be over the period beginning on April 15, 2019 (the date the injunction was entered) and ending on October 18, 2021 (hereafter, the "Relevant Period"). I have also been asked to calculate the total damages amount applying the average prime rate to the $28,701,172 damages award and compounding yearly over the Relevant Period. I have provided my opinions below in this regard.

8. Should additional information become available to me, I reserve the right to update, supplement, and/or amend my opinions and analyses. I further reserve the right to rebut any additional testimony of witnesses for Piramal and Slate Run, and any new arguments or interpretations presented by Piramal and Slate Run concerning prejudgment interest rates.

## 1    INFORMATION RELIED UPON

9. In performing the analyses and developing the opinions reflected in this Declaration, I have used the historical prime rate data listed on the same JPMorgan Chase & Co. web page that has been referenced by P/SR. I have also used basic accounting principles to calculate the average prime rate for the Relevant Period below, and the total damages award using the average prime rate and compounding yearly.

## 2    AVERAGE PRIME RATE OVER THE RELEVANT PERIOD

10. To calculate the average prime rate over the relevant period, I first determined the total number of days encompassed by the Relevant Period, and then apportioned those days according to the prevailing prime rate that was in existence over the Relevant Period. I then

4

calculated the average prime rate, weighting each prevailing prime rate by the proportion of total days it was in existence over the Relevant Period.

11.    My calculations for determining the average prime rate are set forth in Exhibit S1, attached hereto.  According to my calculations, the average prime rate over the Relevant Period was 3.92%.

## 3    TOTAL DAMAGES PLUS PREJUDGMENT INTEREST CALCULATION

12.    To calculate the total damages amount using the average prime rate, I applied average prime interest rate to the damages award, compounding annually.  My calculations are set forth in Exhibit S2, attached hereto.  This resulted in cumulative prejudgment interest of $2,919,146 and total damages plus prejudgment interest of $31,620,318.

I hereby declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my personal knowledge.

Executed on October 18, 2021

_____

Michael E. Tate
Vice President
Charles River Associates

5

Case 1:16-cv-00853-MSG    Document 716-1    Filed 10/18/21    Page 13 of 14    PageID #: 44313

Amgen, Inc. v. Amneal Pharmaceuticals LLC, et. al.
Slate Run Pharmaceuticals, LLC v. Amgen Inc.

Exhibit S1
**Average U.S. Prime Interest Rate from April 15, 2019 through October 18, 2021**

| | | | [D] | |
| :---: | :---: | :---: | :---: | :---: |
| **Period Begin** | **Period End** | **Interest Period (Years)** | **U.S. Prime Interest Rate** | **Date of Rate Change** |
| *[A]* | *[B]* | *[C]* | | |
| 4/15/2019 | 7/31/2019 | 0.2959 | 5.50% | 12/20/2018 |
| 8/1/2019 | 9/18/2019 | 0.1342 | 5.25% | 8/1/2019 |
| 9/19/2019 | 10/30/2019 | 0.1151 | 5.00% | 9/19/2019 |
| 10/31/2019 | 3/3/2020 | 0.3425 | 4.75% | 10/31/2019 |
| 3/4/2020 | 3/15/2020 | 0.0329 | 4.25% | 3/4/2020 |
| 3/16/2020 | 10/18/2021 | 1.5945 | 3.25% | 3/16/2020 |

**Average from April 15, 2019 through October 18, 2021**          **3.92%**          **[E]**

**Note(s):**
[A] Memorandum Opinion, p. 18.
[B] One day prior to date of next rate change at [D], ending on October 18, 2021.
[C] = ([B] - [A] + 1) / 365.
[D] U.S. Prime Interest Rate (https://www.jpmorganchase.com/about/our-business/historical-prime-rate).
[E] = Average of interest rates at [D] based on period during which each rate prevailed at [C].

Amgen, Inc. v. Amneal Pharmaceuticals LLC, et. al.
Slate Run Pharmaceuticals, LLC v. Amgen Inc.

Exhibit S2
**Fresenius Damages Plus Prejudgment Interest through October 18, 2021**

| Period Begin | Period End | Interest Period (Years) | Average U.S. Prime Interest Rate from April 15, 2019 through October 18, 2021 | Beginning Amount | Prejudgment Interest | Cumulative Prejudgment Interest | Ending Fresenius Damages Plus Prejudgment Interest |
|---|---|---|---|---|---|---|---|
| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] |
| 4/15/2019 | 4/14/2020 | 1.0027 | 3.92% | $28,701,172 | $1,127,836 | $1,127,836 | $29,829,008 |
| 4/15/2020 | 4/14/2021 | 1.0000 | 3.92% | 29,829,008 | 1,168,953 | $2,296,789 | 30,997,961 |
| 4/15/2021 | 10/18/2021 | 0.5123 | 3.92% | 30,997,961 | 622,358 | $2,919,146 | $31,620,318 |

**Note(s):**

[A] April 15th provided by counsel.

[B] One day prior to date of next rate change at [D], or the cut-off date for annual compounding on April 14th of each year, ending on October 18, 2021.

[C] = ([B] - [A] + 1) / 365.  2020 was a leap year, resulting in 1.0027 years.

[D] Exhibit S1.

[E] = Damages award in first period.  Then prior period [G].

[F] = [C] x [D] x [E].

[G] = Sum of current and prior periods [F].

[H] = [E] + [F].

Case 1:16-cv-00853-MSG    Document 716-1    Filed 10/18/21    Page 14 of 14 PageID #: