IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMGEN INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 16-853-MSG |
| | ) | CONSOLIDATED |
| AMNEAL PHARMACEUTICALS LLC, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion dated October 5, 2021

(D.I. 707),

IT IS ORDERED that final judgment is entered in favor of Defendant Piramal Healthcare

UK Limited ("Piramal") and Intervenor Plaintiff Slate Run Pharmaceuticals, LLC ("Slate Run"),

and against Plaintiff Amgen Inc. ("Amgen"), and Amgen shall pay lost profit damages in the

amount of $28,701,172, and pre-judgment interest in the amount of $4,139,288.59 plus

$4,813.65 for each day after October 18, 2021 until the entry of judgment, to Piramal and Slate

Run.

Dated: October 20, 2021

*/s/ Mitchell S. Goldberg*

The Honorable Mitchell S. Goldberg
United States District Judge