**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AMGEN INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS LLC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 16-853 (MSG)<br>(CONSOLIDATED) |

**STIPULATION AND ORDER TO AMEND PROTECTIVE ORDER**

WHEREAS, the Parties to the above captioned matter (the "Sensipar Patent Litigation") entered into a Protective Order on May 4, 2017 (the "Protective Order," D.I. 108, so ordered May 8, 2017);

WHEREAS, Amgen Inc. ("Amgen") has received document requests by class plaintiffs in another litigation pending in the District of Delaware, *In re: Sensipar (Cinacalcet Hydrochloride Tablets) Antitrust Litigation*, 1:19-md-02895-LPS (D. Del.) ("the Antitrust Litigation"), which call for the production of documents and things from the Sensipar Patent Litigation;

WHEREAS, Paragraph 37 of the Protective Order currently calls for Amgen and its outside counsel to delete or destroy certain materials that may be called for by the outstanding discovery requests in the Antitrust Case;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties[1] that the Protective Order in this matter is hereby amended to include the

---

[1] Admitted counsel in this matter for Micro Labs Limited and Micro Labs USA, Inc. (collectively, "Micro Labs") from Cozen O'Connor either have left Cozen O'Connor or confirmed to counsel for Amgen that they no longer represent Micro Labs. Counsel for Micro Labs from Taft Stettinius & Hollister LLP confirmed on behalf of Micro Labs that Micro Labs has no objection to this stipulation.

following additional Paragraph 37.5 to permit the retention of Designated Information from the Sensipar Patent Litigation, subject to the requirements set forth therein:

37.5. Notwithstanding the provisions of Paragraph 37, in light of certain document requests made by the class plaintiffs in *In re: Sensipar (Cinacalcet Hydrochloride Tablets) Antitrust Litigation*, 1:19-md-02895-LPS (D. Del.) ("the Antitrust Litigation"), Amgen's outside counsel of record shall be permitted to retain Designated Information in continuing compliance with the terms of this Protective Order regarding its use, storage, and disclosure. Further, by April 18, 2022, any Designated Information in the possession of Amgen including Amgen's In-House Counsel and persons identified in Paragraph 12(b) shall be transferred to Amgen's outside counsel of record. Amgen shall thereafter be prohibited from maintaining any copy of such electronic files to be transferred (except any copies that reside in network-level backups) or restoring such transferred electronic files. Amgen and its outside counsel shall not disclose the Producing Party's Designated Information to any person or entity, including in the Antitrust Litigation or otherwise in accordance with Paragraph 41, without providing at least 30 days written notice to the Producing Party, the purpose of which is to allow the Producing Party sufficient time to move for a Protective Order that would preclude such disclosure. Moreover, regardless of whether the Producing Party moves for a Protective Order, Amgen shall not disclose the Producing Party's Designated Information to any person or entity except pursuant to a written agreement with the Producing Party or in order to comply with a Court order. The Producing Party's agreement to amend the Protective Order herein does not waive any rights or objections that the Producing Party has or may have with regard to the production or other disclosure of its Designated Information to any person or entity. Not later than ninety (90) calendar days after the final termination of the Antitrust Litigation, whether by judgment and

exhaustion of all appeals, by dismissal (with or without prejudice), or by settlement, any Designated Information shall be returned to the Producing Party, destroyed, or deleted, such election to be made by the Receiving Party, which shall provide a written certification of compliance. Amgen's counsel of record, however, shall be permitted to retain for archival purposes copies of all pleadings, work product, written discovery, correspondence, and papers filed with the Court, including exhibits, containing Designated Information, subject to the restrictions set forth in Paragraph 37.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Anthony D. Raucci*

Jack B. Blumenfeld (#1014)
Derek J. Fahnestock (#4705)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
dfahnestock@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Amgen Inc.*

SHAW KELLER LLP

*/s/ Nathan R. Hoeschen*

John W. Shaw (#3362)
Karen E. Keller (#4409)
Nathan R. Hoeschen (#6232)
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0702
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendants Watson Laboratories, Inc., Actavis, Inc. and Actavis Pharma, Inc.*

LEYDIG, BOIT & MAYER, LTD.

*/s/ Steven H. Sklar*

Steven H. Sklar
Two Prudential Plaza
180 North Stetson Avenue, Suite 4900
Chicago, IL 60601
(312) 616-5600
ssklar@leydig.com

*Attorneys for Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc.*

BAYARD, P.A.

*/s/ Stephen B. Brauerman*

Stephen B. Brauerman (#4952)
600 N. King Street, Suite 400
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
sbrauerman@bayardlaw.com

*Attorneys for Defendants Cipla Ltd. and Cipla USA, Inc.*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips, Jr.*

John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com

*Attorneys for Defendants Sun Pharmaceutical Industries, Ltd., Sun Pharma Global FZE and Sun Pharmaceutical Industries, Inc.*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ David A. Bilson*

David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
dab@pmhdelaw.com

*Attorneys for Defendants Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Ltd. (d/b/a Sydus Cadila)*

POTTER ANDERSON & CORROON LLP

*/s/ David E. Moore*

David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
dmoore@potteranderson.com

*Attorneys for Defendants Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals of New York, LLC*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ David A. Bilson*

John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Intervener Slate Run Pharmaceuticals, LLC*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ David A. Bilson*

John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Defendant Piramal Healthcare UK Limited*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips, Jr.*

John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Defendants Ajanta Pharma Limited and Ajanta Pharma USA Inc.*

STAMOULIS & WEINBLATT LLC

*/s/ Stamatios Stamoulis*

Stamatios Stamoulis (#4606)
800 N. West Street – Third Floor
Wilmington, DE 19801
(302) 999-1540
stamoulis@swdelaw.com

*Attorneys for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc.*

HEYMAN ENERIO GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*

Dominick T. Gattuso (#3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302)472-7311
dgattuso@hegh.law

*Attorneys for Defendants Apotex Inc. and Apotex Corp.*

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ David A. Bilson*

John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

*Attorneys for Defendant Breckenridge Pharmaceutical Inc.*

COZEN O'CONNOR

*/s/ Kaan Ekiner*

Kaan Ekiner (#5607)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*

Kenneth L. Dorsney (#3726)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com

*Attorneys for Defendants Hetero USA Inc., Hetero Labs Ltd. and Hetero Labs Ltd. Unit V*

SEITZ, VAN OGTROP & GREEN, P.A.

*/s/ James S. Green*

James S. Green (#4406)
222 Delaware Avenue
Suite 1500
Wilmington, Delaware 19801
(302) 888-0600
jsgreen@svglaw.com

*Attorneys for Defendants Strides Pharma Global PTE Limited and Strides Pharma Inc.*

SHAW KELLER LLP

*/s/ Nathan R. Hoeschen*

John W. Shaw (#3362)
Karen E. Keller (#4409)
Nathan R. Hoeschen (#6232)
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0702
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Teva Pharmaceuticals USA, Inc.*

April 20, 2022

SO ORDERED this _21st_ day of ___April__________, 2022.

***/s/ Mitchell S. Goldberg***
United States District Court Judge